# EXHIBIT 1


**TRAVELERS**

*Travelers 1ˢᵗ Choice+ ˢᴹ*
**ACCOUNTANTS PROFESSIONAL LIABILITY COVERAGE**
**SMALL ACCOUNTING FIRM APPLICATION**

**Travelers Casualty and Surety Company of America**
Hartford, Connecticut

> **Important Note:** This is an application for a claims-made policy. To be covered, a claim must be first made against an insured during the policy period or any applicable extended reporting period.

*Throughout this application "you" and "your" means the entity or individual applying for this insurance.*

**STOP**

**PLEASE READ:** You are not eligible for this application **IF** you or your accounting firm:
- ▶ has a gross billable income exceeding $500,000 for the current fiscal year
- ▶ requests a limit of liability greater than $2,000,000
- ▶ generates billings or revenues from any of the following areas of practice:
  - ☐ Audits/Attest
  - ☐ Forensic Accounting
  - ☐ Mergers & Acquisitions
  - ☐ Securities
  - ☐ Software Development
  - ☐ Trustee or Bankruptcy Receiver Services
  - ☐ Business Valuations & Projections
  - ☐ Tax Shelters
  - ☐ Information Technology

**IF INELIGIBLE:** *Standard Firm Application forms are available from your agent or online at Travelers.com*

**APPLICANT INFORMATION**

1. Date firm established: **01/01/1998**     2. Effective date requested: **01/01/2017   2/4/17**

3. Your full legal name: **JBM Financial Services LLC**

4. Your "trade name" or "doing business as" name: **JBM Financial Group**

5. Your address:  Street **6201 Leesburg Pike Suite 408**  City **Falls Church**
   State **VA**   Zip Code **22044**   County **Fairfax**

6. Your primary contact: Name & Title **Arlene Camacho – Manager**   Phone **703-536-7861**
   Fax **703-5367863** Email **arlene.jbmfinancialgroup@gmail.com** Website **—**

7. Your legal status:  ☐ Individual   ☐ General Partnership   ☐ Professional Corporation or Association
   ☐ Limited Liability Partnership (LLP)   ☑ Limited Liability Company (LLC)
   ☐ Other (please describe) _____

8. Do you have more than one office location? ☐ Yes ☑ No *(If Yes, please give full address for each location)*

APL-6013 Ed. 05-09 Printed in U.S.A.
© 2009 The Travelers Companies, Inc. All Rights Reserved

9. Do you share office space, expenses or staff with any other accountants or other professionals? ☐ Yes ☑ No
(If yes, please describe the type of business or profession, any shared services or signage, and any shared client or referral arrangements) _____

## GENERAL INFORMATION

10. Are any principals, owners or managers engaged in any other occupation(s) outside of accounting? ☐Yes ☑No
If Yes, please describe _____

11. Staff number: Full Time Professional Staff _5_   Part Time Professional Staff _1_   Support Staff _____

12. Please complete the chart below for all principals, owners, officers and other full-time professional staff:

| Name | Date of Hire | Years in Practice | Professional Membership or Association | Hours of CPE (past 12 Months) | Profession Code[1] |
|---|---|---|---|---|---|
| Ben Manlapaz | 01-01-98 | 18 | | | AP |
| Arlene Pascual | 01-15-15 | 2 | | | OP |
| Tsion Adferisew | 12-01-15 | 2 | | | OP |
| Ma. Cecilia Barlan | 01-2-16 | 1 | | | OP |
| Jian Oliva | 01-2-16 | 1 | | | OP |

[1] Profession Code: CPA= Certified Public Accountant; AP =Non-CPA Accounting, Tax or Bookkeeping Professional; OP = Other Professional (describe if applicable)

13. a. Please indicate the gross billable income for the applicable fiscal year:

Actual Last Fiscal Year
Ending Date _Dec. 31, 2015_
$ 504,184.00

Actual Current Fiscal Year
Ending Date _Dec 31, 2016_
$ 651,183.00

Projected Next Fiscal Year
Ending Date _Dec 31, 2017_
$ 685,000

b. Total number of clients for the past year _____

14. Do you have any single client representing 15% or more of your gross billable income? ☐ Yes ☑ No
If yes, please provide client profile, services performed by you, percentage of your revenue, etc.
_____

15. Indicate the approximate percentage of your last year's gross billable income and whether engagement letters are used. The total percentage must add up to 100%.

| Area of Practice | Percentage of Income | Are Engagement Letters Used? |
|---|---|---|
| **A. GENERAL BOOKEEPING & FINANCIAL** | | |
| 1. Bookkeeping/Write-ups/Payroll Processing | 15 % | ☑ Yes ☐ No |
| 2. Bookkeeping or Accounting Software Installation or Consulting (no Design Services) | N/A % | ☐ Yes ☐ No |
| 3. Reviews | % | ☐ Yes ☐ No |
| 4. Compilations | % | ☐ Yes ☐ No |

APL-6013 Ed. 05-09 Printed in U.S.A.
© 2009 The Travelers Companies, Inc. All Rights Reserved

| Area of Practice | Percentage of Income | Are Engagement Letters Used? |
|---|---|---|
| **B. TAX SERVICES** | | |
| 1. Tax - Individual | 50 % | ☑ Yes ☐ No |
| 2. Tax – Business | 35 % | ☑ Yes ☐ No |
| 3. Tax – Estate | N/A % | ☐ Yes ☐ No |
| **C. INVESTMENT ADVICE AND CONSULTING** | | |
| 1. Basic Personal Financial Planning (no Specific Investment Advice) | N/A % | ☐ Yes ☐ No |
| 2. Personal Investment Advice* | N/A % | ☐ Yes ☐ No |
| 3. Management or Business Consulting (describe) _____ | N/A % | ☐ Yes ☐ No |
| 4. Business Investment Advice* | N/A % | ☐ Yes ☐ No |
| 5. Litigation Support | N/A % | ☐ Yes ☐ No |
| **D. OTHER** | | |
| 1. Describe: _____ | % | ☐ Yes ☐ No |
| 2. Describe: _____ | % | ☐ Yes ☐ No |
| **TOTAL** | **100%** | |

*If any income is shown in C.2 OR C.4, please complete the **Investment Advice/Financial Planning Practice Supplement**.

16. Approximate percentage of Gross Billable Income from the following:
   a. High Net Worth Individuals (>$10,000,000 Assets)   0 %
   b. Large Public Companies (>$25,000,000 Revenue)   0 %
   c. Large Private Companies (>$25,000,000 Revenue)   0 %

## RISK MANAGEMENT

17. Do you have a training program in place for all new professionals? ☑ Yes ☐ No

18. Do you maintain a calendar system to ensure the timely completion of reports, filings, and tax returns?   ☑ Yes ☐ No

19. Within the past five years, have you sued to collect fees? ☐ Yes ☑ No
   If yes, please describe all collection suits including name of clients, services rendered, dates of services, suit date, fee amounts, status or outcome of suit and whether your firm is still providing services for this Client:
   _____
   _____
   _____

## CLAIM HISTORY

20. Have you or any member of your firm ever had their accounting license suspended or revoked or been subject to any kind of professional investigation or disciplinary action by any regulatory entity or accounting professional body, or been indicted for, or convicted of a felony, or paid any criminal or civil penalty or fine (including a tax preparer's fine) in connection with your professional services? ☐ Yes ☑ No If yes, please provide full details.
   _____
   _____
   _____

21. In the past five years, has any professional liability claim or suit been made against the firm, any predecessor in business or any current or former partner, officer, shareholder or employed accountant? ☐ Yes ☑ No
   If yes, please complete the **Claim, Suit, or Incident Supplement** for each claim.

22. Does any accountant for whom coverage is sought know of any incident, act, error or omission that could result in a claim or suit against your firm or any predecessor firm or any of the current or former members of the firm? ☐ Yes ☑ No If yes, please complete the **Claim, Suit, or Incident Supplement** for each claim or incident.

APL-6013 Ed. 05-09 Printed in U.S.A.
© 2009 The Travelers Companies, Inc. All Rights Reserved

23. Have you carried any professional liability insurance during the past 3 years? ☑Yes ☐ No  If yes, complete the following chart for any professional liability insurance coverage carried by your firm during the past three years.

| | Carrier | Policy Period | Limits | Deductible | Premium | Retroactive Date |
|---|---|---|---|---|---|---|
| Current year | | | | | | |
| Prior Year 1 | | | | | | |
| Prior Year 2 | | | | | | |

Please forward a copy of your current declarations page.

24. Have you or any person or entity seeking coverage under this proposed policy ever been declined professional liability insurance or had such insurance non-renewed or cancelled, other than for nonpayment of premium? (*Missouri applicants: do not respond*).... ☐Yes ☑No  *If yes, please provide details:*

_____

_____

## IMPORTANT NOTICE REGARDING COMPENSATION DISCLOSURE

For information about how Travelers compensates independent agents, brokers, or other insurance producers, please visit this website: http://www.travelers.com/w3c/legal/Producer_Compensation_Disclosure.html
If you prefer, you can call the following toll-free number: 1-866-904-8348. Or you can write to us at Travelers, Enterprise Development, One Tower Square, Hartford, CT 06183.

## FRAUD WARNINGS

**Attention: Insureds in Arkansas, D.C., Louisiana, Maryland, and New Mexico**
Any person who knowingly (and willfully in D.C. and MD) presents a false or fraudulent claim for payment of a loss or benefit or who knowingly (and willfully in D.C. and MD) presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Attention: Insureds in Colorado**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Attention: Insureds in Florida**
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Attention: Insureds in Kentucky, New Jersey, New York, Ohio, and Pennsylvania**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. (In New York, the civil penalty is not to exceed five thousand dollars ($5,000) and the stated value of the claim for each such violation.)

**Attention: Insureds in Maine, Tennessee, Virginia, and Washington**
It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

APL-6013 Ed. 05-09 Printed in U.S.A.
© 2009 The Travelers Companies, Inc. All Rights Reserved

## SIGNATURE AND AUTHORIZATION

The undersigned authorized representative of the firm, or individual if this application is for an individual, agrees to all of the following:

- The statements and representations made in this application are true and complete and will be deemed material to the acceptance of the risk assumed by Travelers in the event an insurance policy is issued.
- If the information supplied in this application changes between the date of the application and the effective date of any insurance policy issued by Travelers in response to this application, you will immediately notify us of such changes, and we may withdraw or modify any outstanding quotation or agreement to bind coverage.
- Travelers is authorized to make an investigation and inquiry in connection with this application.
- Travelers is not bound or obligated to issue any insurance policy or to provide the insurance requested in this application

_2017 0125_

Signature* (Partner, Member, Officer, Shareholder)                    Date

BEN MANLAPAZ                                              PRESIDENT

Name (print)                                                          Title

*If you are electronically submitting this application to Travelers, apply your electronic signature to this form by checking the Electronic Signature and Acceptance box below. By doing so, you hereby consent and agree that your use of a key pad, mouse, or other device to check the Electronic Signature and Acceptance box constitutes your signature, acceptance, and agreement as if actually signed by you in writing and has the same force and effect as a signature affixed by hand.

☐ Electronic Signature and Acceptance

---

**Important note:** This application is not a representation that coverage does or does not exist for any particular claim or loss, or type of claim or loss, under any insurance policy issued by Travelers. Whether coverage exists or does not exist for any particular claim or loss under any such policy depends on the facts and circumstances involved in the claim or loss and all applicable wording of the policy actually issued.

---

## INSURANCE AGENT OR BROKER MUST COMPLETE THE FOLLOWING:

Submitting agency name                                    ☐Direct        ☐Sub-produced

Address (street, city, state, zip code)

Phone                        Fax              Email

Licensed Producer Name                       License Number

## ADDITIONAL INFORMATION:

In the section below you may provide additional information to any of the questions in this application (please reference the question number).