# EXHIBIT 2


**TRAVELERS**J

February 10, 2017

**JBM FINANCIAL SERVICES, LLC DBA JBM FINANCIAL GROUP**

**6201 LEESBURG PIKE, SUITE 408**
**FALLS CHURCH, VA 22044**

Re: Important Information about **Claims Information Line**

Dear  **JBM FINANCIAL SERVICES, LLC DBA JBM FINANCIAL GROUP**

Travelers Bond & Specialty Insurance is pleased to announce its **1-800-842-8496** Claims Information Line. This line is designed to provide insureds with an additional resource on how to report claims or those circumstances or events which may become claims.

Policyholders will be able to obtain assistance on the following topics from the Claims Information Line:

·The information that needs to be included with the claim notice

·The address, electronic mail address and/or facsimile number to which the policyholder can send claims related information

· Get questions on the claim process answered

The Declarations Page of your policy sets forth where you should report claims and claims related information. You should also review the policy's reporting requirements to be aware of how much time you have to report a claim to Travelers. The sooner Travelers is notified, the sooner we can become involved in the process and offer assistance to our policyholder. A delay in reporting may result in all or part of a matter to fall outside of the coverage provided.

The Claims Information Line should streamline the claim reporting process and allow policyholders to ask questions on what information is needed as well as other questions which will assist them in working with Travelers. While the Claims Information Line provides policyholders a valuable resource by answering questions and providing information, the line does not replace the reporting requirements contained in the Policy.

We hope this improvement to customer service is something our policyholders will find helps them understand the claim process and provides them a resource for reporting.

Best regards,

**Rita K Hale**



**TRAVELERS**

# Accountants Professional Liability

Thank you for choosing Travelers for your professional liability insurance needs. Travelers is proud to be a market leader in providing Accountants Professional Liability coverage. As our insured, Travelers provides you with innovative value-added risk management benefits and services at no additional cost to help you protect your business as it evolves. These risk management services currently include:

- **Professional Liability Helpline*** provides you with access to a confidential, knowledgeable, expert resource on a wide range of risk management topics including risk management systems and procedures, ethics and professionalism, malpractice avoidance, client relationships and conflicts, and firm management.

  The Helpline can be accessed by any member of your firm with a Travelers policy number and renewal date. And up to one hour of consultation is provided at no additional cost.

  | Firm: Litchfield Cavo | Call: 888.330.TRAV (8728) | Hours of operation: Monday–Friday; 8:00 a.m.–5:00 p.m. EST |
  | --- | --- | --- |

- **Accounting Professionals Engagement Letter Matrix** to help you prepare the proper engagement letter by providing important provisions, which you will need to review and to work on with your attorney in order to tailor them for your specific requirements. This resource is accessed through Travelers.com

- **Pre-Claim Assistance** for potential claims, which can include a written or verbal threat to make a claim, a realization that you made an error while providing accounting services to your client, and a claim filed against your client in connection with professional services you provided. This service is included at no additional cost and covers expenses incurred in the investigation of a potential claim and is not subject to a deductible. It may help prevent a potential claim from becoming a claim and may also facilitate claim repair, mitigate claim exposures and help you to avoid the adverse publicity associated with litigating a claim. Just call us at 1.800.842.8496.

- ***Risk Management Plus+ Online* ®**, a flexible, comprehensive loss-prevention program specifically designed for Travelers Bond & Specialty Insurance customers, is available to you at no additional cost.

  The site includes a library of articles, checklists and training on relevant topics for the management liability areas listed below:

  | | | |
  | --- | --- | --- |
  | – Professional Liability | – Directors & Officers Liability | – CyberRisk |
  | – Employment Practices Liability | – Crime | – Identity Fraud Expense Reimbursement |
  | – Fiduciary Liability | – Kidnap & Ransom | |

  **Services include:**
  - Web-based risk management training
  - Weekly articles on current issues
  - Model policies and forms for downloading or printing that cover major risks associated with the workplace

\* Assistance from Litchfield Cavo attorneys is not intended to replace your firm's need to hire counsel to assist in making risk management decisions.

**travelersbond.com**

Travelers Casualty and Surety Company of America and its property casualty affiliates. One Tower Square, Hartford, CT 06183

This material does not amend, or otherwise affect, the provisions or coverages of any insurance policy or bond issued by Travelers. It is not a representation that coverage does or does not exist for any particular claim or loss under any such policy or bond. Coverage depends on the facts and circumstances involved in the claim or loss, all applicable policy or bond provisions, and any applicable law. Availability of coverage referenced in this document can depend on underwriting qualifications and state regulations.

© 2015 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. 55170 Rev. 1-15


**TRAVELERS**

# Accountants Professional Liability

## Instructions for registration and orientation to *Risk Management Plus+ Online®*

### Registration for Site Administrators

The Site Administrator is the person in your organization who will oversee *Risk Management Plus+ Online* for the organization. The Site Administrator is typically a person who leads human resources and/or financial functions or is responsible for legal matters pertaining to personnel. The Site Administrator may add other Site Administrators later to assist with their responsibilities.

To register:

1. Go to www.rmplusonline.com.

2. Click the red **Register** button.

3. Enter the passcode: TRVP400100 (please note there are four letters followed by six digits).

4. Fill in the Registration Information and click **Submit.**

5. Your organization is registered, and you are registered as Site Administrator.

For more information, call 1.888.712.7667 and ask for your *Risk Management Plus+ Online* representative.

## Learning to navigate the site

1. Go to www.rmplusonline.com. On each page, you will see a box outlined in blue that contains the instructions for use of that page.

2. If you have any questions, just click on **Contact Us** on the front page. Enter your question in the form provided, and the System Administrator will get back to you quickly with the answer.

3. You can also schedule a live walk-through of the site by sending a request for a walk-through via the contact link on the front page.

---

travelersbond.com

Travelers Casualty and Surety Company of America and its property casualty affiliates. One Tower Square, Hartford, CT 06183

This material does not amend, or otherwise affect, the provisions or coverages of any insurance policy or bond issued by Travelers. It is not a representation that coverage does or does not exist for any particular claim or loss under any such policy or bond. Coverage depends on the facts and circumstances involved in the claim or loss, all applicable policy or bond provisions, and any applicable law. Availability of coverage referenced in this document can depend on underwriting qualifications and state regulations.

© 2015 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. 55170 Rev. 2-15

## IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION

For information on how Travelers compensates independent agents, brokers, or other insurance producers, please visit this website: www.travelers.com/w3c/legal/Producer_Compensation_Disclosure.html

If you prefer, you can call the following toll-free number: 1-866-904-8348. Or you can write to us at Travelers, Agency Compensation, One Tower Square, Hartford, CT 06183.

© 2015 The Travelers Indemnity Company. All rights reserved.

## VIRGINIA CLAIMS-MADE NOTICE

You have purchased a claims-made liability insurance policy.  Please read this policy carefully to understand your coverage.  There are certain circumstances in which you must be provided the opportunity to purchase an extended reporting period for reporting claims.  These are explained in your policy.  If you have any questions regarding the cost of an optional extended reporting period or the available options under the optional extended reporting period, please contact your insurance company or your insurance agent.

## VIRGINIA POLICYHOLDER NOTICE - IMPORTANT CONTACT INFORMATION

Should you need to contact anyone about this insurance for any reason, please contact your agent. If you have additional questions you may contact Travelers at:

WASHINGTON, D.C. OFFICE
14048 Parkeast Circle
Chantilly, Virginia 20151
(800) 328-2189

Travelers.com

If you have been unable to contact or obtain satisfaction from Travelers or your agent, you may contact the Virginia State Corporate Commission's Bureau of Insurance at:

Property and Casualty Consumer Outreach
PO Box 1157
Richmond, VA 23218
Toll free:  1-877-310-6560
Richmond, VA area:  804-371-9092

Email:  PCOutreach@scc.virginia.gov

Written correspondence is preferable so that a record of your inquiry is maintained.  When contacting your agent, company or the Bureau of Insurance, have your policy number available.

 **TRAVELERS**

*Travelers 1ˢᵗ Choice✦ ˢᴹ*

### ACCOUNTANTS PROFESSIONAL LIABILITY COVERAGE
### DECLARATIONS

POLICY NO. 106682086

**Travelers Casualty and Surety Company of America**
**Hartford, CT 06183**

(A Stock Insurance Company, herein called the Company)

| Important note: This is a claims-made policy. To be covered, a claim must be first made against an Insured during the policy period or any applicable extended reporting period. |
| --- |

This policy is composed of the Declarations, the Professional Liability Coverage, the Professional Liability Terms and Conditions, and any endorsements attached thereto.

| ITEM 1 | NAMED INSURED: JBM FINANCIAL SERVICES, LLC DBA JBM FINANCIAL GROUP Principal Address: 6201 LEESBURG PIKE, SUITE 408 FALLS CHURCH, VA 22044 |
| --- | --- |
| ITEM 2 | POLICY PERIOD: Inception Date: February 04, 2017     Expiration Date: February 04, 2018 12:01 A.M. standard time both dates at the Principal Address stated in ITEM 1. |
| ITEM 3 | ALL NOTICES PURSUANT TO THE POLICY MUST BE SENT TO THE COMPANY BY EMAIL, FACSIMILE, OR MAIL AS SET FORTH BELOW: Email:  PLclaims@travelers.com FAX:    888-460-6622 Professional Liability Claims Manager Travelers Bond & Specialty Insurance 385 Washington Street, MC 9275-NB03F St. Paul, MN 55102 |
| ITEM 4 | COVERAGE INCLUDED AS OF THE INCEPTION DATE IN ITEM 2: Accountants Professional Liability Coverage |

| ITEM 5 | PROFESSIONAL LIABILITY COVERAGE LIMITS |
|---|---|
| | Professional Services and Network and Information Security Offenses Coverage Limits: $1,000,000 for each **Claim**; not to exceed $1,000,000 for all **Claims** |
| | Deductible: $2,500 each **Claim** N/A all **Claims** |
| | Retroactive Date: February 4, 2011 |
| | Knowledge Date: February 4, 2017 |
| ITEM 6 | ADDITIONAL BENEFITS LIMITS: |
| | Crisis Event Expenses Limits: $10,000 for each **Crisis Event** $30,000 for all **Crisis Events** |
| | Disciplinary or Regulatory Proceeding Expenses Limits: $25,000 for each **Disciplinary or Regulatory Proceeding** $50,000 for all **Disciplinary or Regulatory Proceedings** |
| ITEM 7 | PREMIUM FOR THE POLICY PERIOD: $2,729.00 Policy Premium |
| ITEM 8 | OPTIONAL EXTENDED REPORTING PERIODS: |

ITEM 8 — OPTIONAL EXTENDED REPORTING PERIODS:

| Additional Premium Percentage: | Additional Months: |
|---|---|
| 125% | 12 |
| 185% | 24 |
| 200% | 36 |
| 250% | 60 |
| 300% | Unlimited |

©2008 The Travelers Companies, Inc. All Rights Reserved

| ITEM 9 | FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE:<br>APL-1001-1108; PTC-1001-1108; PTC-2008-1108; PTC-19002-0412; PTC-19006-0315; PTC-2067-1215; PTC-3055-0411; PTC-3054-1214 |
|--------|---|

**The Declarations, the Professional Liability Terms and Conditions, the Professional Liability Coverage, and any endorsements attached thereto, constitute the entire agreement between the Company and the Insured.**

_____
Countersigned By

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its authorized officers.

Executive Vice President        Corporate Secretary

©2008 The Travelers Companies, Inc. All Rights Reserved


**TRAVELERS**

*Travelers 1ˢᵗ Choice✦* ˢᴹ

**ACCOUNTANTS PROFESSIONAL LIABILITY COVERAGE**

---

*Important Note: This is a claims-made policy. To be covered, a claim must be first made against an Insured during the policy period or any applicable extended reporting period.*
*The limit of liability available to pay settlements or judgments will be reduced by defense expenses. The deductible applies to defense expenses.*
*Please read the policy carefully.*

---

**CONSIDERATION CLAUSE**

**IN CONSIDERATION** of the premium set forth in ITEM 7 of the Declarations, and pursuant to all the terms, exclusions, conditions, and limitations of this policy, the Company and the **Insured** agree as follows:

**I.  INSURING AGREEMENT**

The Company will pay on behalf of the **Insured**, **Damages** and **Defense Expenses** for any **Claim** first made during the **Policy Period** that is caused by a **Wrongful Act** committed on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations, provided that no **Principal Insured** on the Knowledge Date set forth in ITEM 5 of the Declarations had any basis to believe that such **Wrongful Act** might reasonably be expected to be the basis of a **Claim**.

**II.  SUPPLEMENTARY PAYMENTS**

The Company will pay the following with respect to any **Claim** covered by this policy:

A.  All expenses incurred by the Company, other than **Defense Expenses**.

B.  All reasonable expenses incurred by the **Insured** at the Company's request to investigate or defend a **Claim**, provided that the maximum amount available for loss of earnings for time taken off work will not exceed:

   1.  $500 per **Insured Person** per day; and
   2.  $15,000 per **Policy Year** for all **Insured Persons**.

C.  The cost of bonds to release attachments that is within the applicable Professional Liability Coverage Limit, provided that the Company will not be the principal under any such bond and will not have any duty to furnish such bond.

D.  All costs taxed against the **Insured** on that part of a judgment the Company pays.

E.  The cost of any required appeal bond for that part of a judgment that is for **Damages** to which this policy applies, and that is within the applicable Professional Liability Coverage Limit, provided that:

   1.  the Company consents to the appeal of such judgment; and
   2.  the Company will not be the principal under any such bond and will not have any duty to furnish such bond.

Payment of amounts under section II. SUPPLEMENTARY PAYMENTS will not be subject to a Deductible and will not reduce the applicable Professional Liability Coverage Limits. If the Professional Services and Network and Information Security Offenses Coverage Limits are exhausted by the payment of amounts covered under this policy, the Company will have no further obligation to make payments under section II. SUPPLEMENTARY PAYMENTS.

---

©2008 The Travelers Companies, Inc. All Rights Reserved

## III. ADDITIONAL BENEFITS

The Company will reimburse the **Insured** for the following:

A.    **Crisis Event Expenses** that result from a **Crisis Event** first occurring and reported to the Company during the **Policy Period**.

B.    **Disciplinary or Regulatory Proceeding Expenses** that result from a **Disciplinary or Regulatory Proceeding** first initiated and reported to the Company during the **Policy Period**.

## IV. DEFINITIONS

Wherever appearing in this policy, the following words and phrases appearing in bold type will have the meanings set forth in section IV. DEFINITIONS:

A.    **Automatic Extended Reporting Period** means the period of time beginning with the effective date this policy is cancelled or not renewed, and ending:

1.    60 days after such cancellation or nonrenewal takes effect; or

2.    the date any other policy obtained by the **Named Insured** that provides similar coverage for **Professional Services** takes effect,

whichever is earlier.

B.    **Claim** means:

1.    a demand for money or services;

2.    a civil proceeding commenced by service of a complaint or similar pleading; or

3.    a written request to toll or waive a statute of limitations relating to a potential civil or administrative proceeding,

against any **Insured** for a **Wrongful Act**.

A **Claim** will be deemed to be made on the earliest date such notice thereof is received by any **Principal Insured**.

C.    **Crisis Event** means any:

1.    **Wrongful Act**;

2.    death, departure or debilitating illness of a **Principal Insured**;

3.    potential dissolution of the **Named Insured**;

4.    incident of workplace violence; or

5.    other event,

that the **Named Insured** reasonably believes will have a material adverse effect upon the **Named Insured's** reputation.

D.    **Crisis Event Expenses** means reasonable fees, costs, and expenses incurred by the **Named Insured** for consulting services provided by a public relations firm to the **Named Insured** in response to a **Crisis Event**.

E.    **Damages** means money which an **Insured** is legally obligated to pay as settlements, judgments and compensatory damages; punitive or exemplary damages if insurable under the applicable law most favorable to the insurability of punitive or exemplary damages; or prejudgment and postjudgment interest.

**Damages** does not include the following:

1.    Civil or criminal fines; sanctions; liquidated damages; payroll or other taxes; penalties; the multiplied portion of any multiplied damage award; equitable or injunctive relief; any return, withdrawal, restitution or reduction of professional fees, profits or other charges; or damages or types of relief deemed uninsurable under applicable law.

2.    **Defense Expenses**.

F.      **Defense Expenses** means reasonable and necessary fees, costs and expenses, incurred by the Company, or by the **Insured** with the Company's written consent, that result directly from the investigation, defense, settlement or appeal of a specific **Claim**, provided that **Defense Expenses** do not include any payments made pursuant to section II. SUPPLEMENTARY PAYMENTS of the **Professional Liability Coverage**.

G.      **Disciplinary or Regulatory Proceeding** means any formal administrative or regulatory proceeding by a disciplinary or regulatory official, board or agency, commenced by filing of a notice of charges, formal investigative order, service of summons or similar document, to investigate charges of professional misconduct in the performance of **Professional Services**.

H.      **Disciplinary or Regulatory Proceeding Expenses** means reasonable and necessary fees, costs and expenses incurred by any **Insured** to investigate, defend, or appeal any **Disciplinary or Regulatory Proceeding**.

        **Disciplinary or Regulatory Proceeding Expenses** do not include:
1. fines, penalties or sanctions assessed against any **Insured**; or
2. expenses, salaries, wages, benefits or overhead of, or paid to, any **Insured**.

I.      **Independent Contractor** means any natural person who performs **Professional Services** under contract with, and at the direction and control of, an **Insured**, provided that such **Professional Services** inure to the benefit of the **Named Insured.**

J.      **Insured** means any **Insured Person**, **Named Insured** or **Predecessor Firm**.

K.      **Insured Person** means any natural person who:
1. is the sole owner of, or is or was a partner in, the **Named Insured** or **Predecessor Firm**;
2. was or is a member of the board of managers, director, executive officer, or shareholder of the **Named Insured** or **Predecessor Firm**;
3. was or is an employee of the **Named Insured** or **Predecessor Firm**; or
4. was or is an **Independent Contractor**,

      provided that such person is acting within the scope of their duties on behalf of the **Named Insured** or **Predecessor Firm**.

L.      **Investment Adviser** means any **Insured** who provides financial, economic or investment advice, including personal financial planning and investment management services, provided that **Investment Adviser** does not include any **Insured** while involved in the bartering, purchase or sale of securities, insurance products or other investment products.

M.      **Named Insured** means the person or entity set forth in ITEM 1 of the Declarations.

N.      **Network and Information Security Offense** means:
1. the failure to prevent the transmission of a computer virus or any other malicious code;
2. the failure to provide any authorized user of the **Named Insured's** website, or the **Named Insured's** computer or communications network, with access to such website, or computer or communications network; or
3. failure to prevent unauthorized access to, or use of, data containing private or confidential information of others.

O.      **Optional Extended Reporting Period** means the period of time specified in the Optional Extended Reporting Period Endorsement, beginning with the effective date this policy is cancelled or not renewed.

P.      **Personal Fiduciary** means an executor, administrator, or representative of an estate, or a trustee of a **Personal Trust**.

Q.      **Personal Injury Offense** means any of the following offenses:
1. False arrest, detention or imprisonment.

©2008 The Travelers Companies, Inc. All Rights Reserved

2.    Malicious prosecution.

3.    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies by or on behalf of its owner, landlord, or lessor, provided that the wrongful eviction, wrongful entry, or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord, or lessor of that room, dwelling, or premises.

4.    Oral, written, or electronic publication of material that slanders or libels a person or entity or disparages a person's or entity's goods, products, or services, provided that the **Claim** is made by a person or entity that claims to have been slandered or libeled, or whose goods, products, or services have allegedly been disparaged.

5.    Oral, written, or electronic publication of material that appropriates a person's likeness, unreasonably places a person in false light, or gives unreasonable publicity to a person's private life.

R.    ***Personal Trust*** means an individual or family trust established for the sole benefit of the individual or family, or a charitable remainder trust subject to Section 664 of the Internal Revenue Code, as amended.

S.    ***Policy Period*** means the period from the Inception Date to the Expiration Date set forth in ITEM 2 of the Declarations. In no event will the **Policy Period** continue past the effective date this policy is cancelled or not renewed.

T.    ***Policy Year*** means:

1.    the period of one year following the Inception Date set forth in ITEM 2 of the Declarations or any anniversary thereof; or

2.    the period between the Inception Date set forth in ITEM 2 of the Declarations or any anniversary thereof and the effective date this policy is cancelled or not renewed if such period is less than one year.

U.    ***Potential Claim*** means any conduct or circumstance that might reasonably be expected to be the basis of a **Claim**.

V.    ***Pre-Claim Expenses*** means reasonable fees, costs and expenses incurred by the Company in the investigation of a specific **Potential Claim**.

W.    ***Predecessor Firm*** means any accounting firm that, prior to the Inception Date set forth in ITEM 2 of the Declarations, is dissolved or inactive and is no longer rendering **Professional Services**, and:

1.    some or all of such firm's principals, owners, officers, or partners have joined the **Named Insured** and more than 50% of such firm's assets have been assigned or transferred to the **Named Insured**; or

2.    at least 50% of the principals, owners, officers, or partners of such firm have joined the **Named Insured**.

X.    ***Principal Insured*** means a member of the board of managers, director, executive officer, natural person partner, owner of a sole proprietorship, principal, risk manager or in-house general counsel of the **Named Insured**.

Y.    ***Professional Liability Coverage*** means the coverage part set forth in ITEM 4 of the Declarations.

Z.    ***Professional Services*** means only services in the practice of accounting, and pro-bono services in the practice of accounting, provided that such pro-bono services are performed with the knowledge and consent of the **Named Insured**.

***Professional Services*** includes services in any of the following capacities:

1.    Accountant or accounting consultant.

2.    **Investment Adviser**.

3.    Bookkeeper, enrolled agent or tax preparer.

4.    **Personal Fiduciary**.

©2008 The Travelers Companies, Inc. All Rights Reserved

5.     Notary public, provided that the **Insured Person** witnessed and attested to the authenticity of the signature notarized by such **Insured Person**.

6.     Member of a formal accreditation, standards review or similar professional board or committee related only to the accounting profession.

7.     Arbitrator or mediator.

AA.    *Related Wrongful Acts* means **Wrongful Acts** which are logically or causally connected by reason of any fact, circumstance, situation, transaction, event, or decision.

All **Related Wrongful Acts** are a single **Wrongful Act**, and all **Related Wrongful Acts** will be deemed to have been committed at the time the first of such **Related Wrongful Acts** was committed whether prior to or during the **Policy Period**.

BB.    *Wrongful Act* means any:

1.     actual or alleged act, error, omission, or **Personal Injury Offense** in the rendering of, or failure to render, **Professional Services**; or

2.     **Network and Information Security Offense**,

by the **Named Insured** or any **Predecessor Firm**, or by any other **Insured** while acting within the scope of their duties on behalf of the **Named Insured** or any **Predecessor Firm**.

## V.    EXCLUSIONS

### A.    Audit And Review For Certain Entities

This policy does not apply to any **Claim** based upon or arising out of audit and review services performed for any entity while any **Insured**, or any **Insured Person's** spouse, is an officer, director, partner, manager, public official, or a more than 10% shareholder of such entity.

### B.    Beneficiary Or Distributee Of A Trust Estate

This policy does not apply to any **Claim** based upon or arising out of **Professional Services** performed as an executor, administrator, or personal representative of an estate, or as trustee, if any **Insured**, or any **Insured Person's** spouse, is a beneficiary or distributee of such estate or trust.

### C.    Claims By An Insured Against Another Insured

This policy does not apply to any **Claim** by any **Insured** against another **Insured**.

### D.    Computer Hardware Or Software Development

This policy does not apply to any **Claim** based upon or arising out of the development of computer hardware or software for others.

### E.    Contract Liability

This policy does not apply to any **Claim** based upon or arising out of liability assumed by an **Insured** under any contract or agreement, whether oral or written, except to the extent that the **Insured** would have been liable in the absence of such contract or agreement.

### F.    Criminal, Dishonest, Fraudulent Or Malicious Conduct

This policy does not apply to any **Claim** based upon or arising out of any:

1.     criminal, dishonest, fraudulent or malicious conduct; or

2.     other willful violation of laws,

©2008 The Travelers Companies, Inc. All Rights Reserved

committed by the **Insured** or by anyone with the consent or knowledge of the **Insured**, provided that this exclusion does not apply to any **Insured Person** who did not participate in or have knowledge of such conduct or violation.

### G.   Employee Retirement Income Security Act

This policy does not apply to any **Claim** based upon or arising out of any **Insured's** capacity as a plan administrator of an employee benefit plan, or the trustee of any trust established to fund such plan, or any other fiduciary of such plans, regardless of whether the **Claim** is made against the **Insured** under the Employee Retirement Income Security Act of 1974, as amended, or any regulation or order issued pursuant thereto, provided that this exclusion will not apply if the **Insured** is deemed to be a fiduciary solely by virtue of **Professional Services** performed as an accountant to the plan, including accounting, audit, attest, consulting, tax, investment advisory services or administrative services to an employee benefit plan as an independent third party consultant.

### H.   Expected Or Intended Failure And Internet Service Interruption

This policy does not apply to any **Claim** based upon or arising out of any **Network and Information Security Offense** that results in:

1.      the failure to provide access to the **Named Insured's** website, or the **Named Insured's** computer or communications network, that was expected or intended by the **Insured**; or

2.      any Internet service interruption or failure, pr ovided that this exclusion will not apply if the interruption or failure was caused by an **Insured**.

### I.   Government Demands Or Proceedings

This policy does not apply to any **Claim** based upon or arising out of a **Network and Information Security Offense** and brought by:

1.      the Federal Trade Commission;
2.      the Federal Communications Commission; or
3.      any other federal, national, state, local, or foreign government, agency, or entity,

provided that this exclusion will not apply to any **Claim** made by such entity in its capacity as a customer or client of the **Named Insured**.

### J.   Handling Of Funds

This policy does not apply to any **Claim** based upon or arising out of any **Insured's** conversion, commingling, defalcation, misappropriation, or other intentional misuse or illegal use of funds, money, or property.

### K.   Insured's Capacity As A Broker Or Dealer

This policy does not apply to any **Claim** based upon or arising out any **Insured's** capacity as a broker or dealer of securities as defined in sections 3(a)(4) and 3(a)(5) of the Securities Exchange Act of 1934, as amended.

### L.   Management Capacity

This policy does not apply to any **Claim** based upon or arising out of any **Insured's** capacity as an officer, director, partner, manager, or employee of any entity other than the **Named Insured**.

### M.   Trustee

This policy does not apply to any **Claim** based upon or arising out of **Professional Services** performed as a trustee for any investment fund established for the benefit of any entity or group of unrelated individuals, provided that this exclusion does not apply to an **Insured's** capacity as a trustee for a **Personal Trust**.

---

©2008 The Travelers Companies, Inc. All Rights Reserved

## VI.    CONDITIONS

### A.    SETTLEMENT

The Company will not settle a **Claim** without the consent of the **Named Insured**. The Company may, with the consent of the **Named Insured**, settle or compromise any **Claim**, within the applicable Professional Liability Coverage Limits, as the Company deems expedient. In the event that the Company recommends a settlement offer for any **Claim** that is acceptable to the claimant, and the **Named Insured** refuses to consent to such settlement offer, the Company will not pay more for **Damages** and **Defense Expenses** for such **Claim** than the combined total of: .

1.    the amount of such proposed settlement offer;

2.    the amount of **Defense Expenses** incurred prior to the date the **Named Insured** refused to consent to the proposed settlement offer; and

3.    50% of the amount of **Damages** and **Defense Expenses** incurred in excess of the combined total of the amounts set forth in 1 and 2 of this section above,

provided that the Company will have no obligation to pay any **Damages** or **Defense Expenses**, or to defend or continue to defend any **Claim**, after the applicable Professional Liability Coverage Limit that applies to such **Claim** has been exhausted.

### B.    OTHER INSURANCE

This policy will apply only as excess insurance over, and will not contribute with, any other valid and collectible insurance available to the **Insured**, including any insurance under which there is a duty to defend, unless such insurance is written specifically excess of this policy by reference in such other insurance to this policy. This policy will not be subject to the terms of any other insurance.

### C.    DEDUCTIBLE

The following is added to section I. DEDUCTIBLE of the Professional Liability Terms and Conditions:

If the Company and the first **Named Insured** agree to the final settlement of a **Claim** with the claimant during the initial voluntary mediation of that **Claim** or within 30 days after participation in such mediation, the first **Named Insured's** Deductible obligation for such **Claim** will be reduced by 50% subject to a maximum reduction of $25,000. Deductible payments made prior to the application of the above credit will be reimbursed within 30 days of the resolution of the **Claim**. This reduction does not apply to any **Claim** resolved through voluntary or involuntary arbitration.


**TRAVELERS**

*Travelers 1st Choice+* SM

### PROFESSIONAL LIABILITY TERMS AND CONDITIONS

> **Important Note: This is a claims-made policy. To be covered, a claim must be first made against an Insured during the policy period or any applicable extended reporting period.**
> **The limit of liability available to pay settlements or judgments will be reduced by defense expenses. The deductible applies to defense expenses.**
> **Please read the policy carefully.**

These Professional Liability Terms and Conditions apply to the **Professional Liability Coverage**. If any provision in these Professional Liability Terms and Conditions is inconsistent with or in conflict with any provision of the **Professional Liability Coverage**, the provisions of the **Professional Liability Coverage** will control.

## I.    DEDUCTIBLE

The first **Named Insured** will bear uninsured the amount of any applicable Deductible.

The Company's obligation to pay **Damages** and **Defense Expenses** applies only to the amount of **Damages** and **Defense Expenses** that are in excess of the applicable Deductible for each **Claim** amount set forth in ITEM 5 of the Declarations. The Company may, at its discretion, pay all or part of any Deductible amount on behalf of the first **Named Insured**, and in such event, the first **Named Insured** agrees to repay the Company any amounts so paid.

If ITEM 5 of the Declarations indicates that a Deductible applies for all **Claims**, the **Insured's** obligation to pay **Damages** and **Defense Expenses**, for all **Claims** made during each **Policy Year** will not exceed the Deductible amount for all **Claims** set forth in ITEM 5 of the Declarations. If there is no Deductible amount shown for all **Claims**, the first **Named Insured** will be responsible for the each **Claim** amount for each and every **Claim**, without further limitation regardless of how often it applies.

## II.    LIMITS

A.    Professional Liability Coverage Limits

   1.    Professional Services and Network and Information Security Offenses Coverage Limits

   Regardless of the number of persons or entities bringing **Claims** or the number of persons or entities who are **Insureds**:

   a.    the Company's maximum limit of liability for **Damages** and **Defense Expenses**, for each **Claim** made during the **Policy Year** that results from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will not exceed the Professional Services and Network and Information Security Offenses Coverage Limits for each **Claim** set forth in ITEM 5 of the Declarations;

   b.    the Company's maximum limit of liability for all **Damages** and **Defense Expenses**, for all **Claims** made during the **Policy Year** that result from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will not exceed the Professional Services and Network and Information Security Offenses Coverage Limit for all **Claims** set forth in ITEM 5 of the Declarations; and

   c.    the Company's maximum limit of liability for all **Damages** and **Defense Expenses**, for all **Claims** made during the **Automatic Extended Reporting Period** or the **Optional Reporting Period**, if applicable, that result from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will not exceed the remaining Professional Services and Network and Information Security Offenses Coverage Limits for the last **Policy Year** in effect at the time this policy is cancelled or not renewed.

B.  Additional Benefits Limits

    1.  Crisis Event Expenses Limits

Regardless of the number of **Crisis Events** qualifying for **Crisis Event Expenses**, or the number of persons or entities who are **Insureds**:

    a.  the Company's maximum limit for **Crisis Event Expenses** for each **Crisis Event** first occurring during the **Policy Year** will not exceed the Crisis Event Expenses Limits for each **Crisis Event** set forth in ITEM 6 of the Declarations; and

    b.  the Company's maximum limit for **Crisis Event Expenses** for all **Crisis Events** first occurring during the **Policy Year** will not exceed the remaining Crisis Event Expenses Limit for all **Crisis Events** set forth in ITEM 6 of the Declarations.

    2.  Disciplinary or Regulatory Proceeding Expenses Limits

Regardless of the number of **Disciplinary or Regulatory Proceedings** qualifying for **Disciplinary or Regulatory Proceeding Expenses**, or the number of persons or entities who are **Insureds**:

    a.  the Company's maximum limit for **Disciplinary or Regulatory Proceeding Expenses** for each **Disciplinary or Regulatory Proceeding** first initiated during the **Policy Year** will not exceed the Disciplinary or Regulatory Proceeding Expenses Limits for each **Disciplinary or Regulatory Proceeding** set forth in ITEM 6 of the Declarations; and

    b.  the Company's maximum limit for **Disciplinary or Regulatory Proceeding Expenses** for all **Disciplinary or Regulatory Proceedings** first initiated during the **Policy Year** will not exceed the remaining Disciplinary or Regulatory Proceeding Expenses Limit for all **Disciplinary or Regulatory Proceedings** set forth in ITEM 6 of the Declarations.

Payment of **Crisis Event Expenses** and **Disciplinary or Regulatory Proceeding Expenses** are not subject to a Deductible and do not reduce the applicable Professional Liability Coverage Limits.

C.  Other Provisions

Payment of **Damages** and **Defense Expenses** will reduce and may exhaust the applicable Professional Liability Coverage Limits. In the event the amount of **Damages** or **Defense Expenses**, or a combination thereof, exceeds the portion of the applicable Professional Liability Coverage Limits remaining after prior payments of **Damages** or **Defense Expenses**, or a combination thereof, the Company's liability shall not exceed the remaining amount of the applicable Professional Liability Coverage Limits. In no event will the Company be obligated to make any payment for **Damages** or **Defense Expenses** with regard to a **Claim** made after the applicable Professional Liability Coverage Limit has been exhausted by payment or tender of **Damages**, or payment of **Defense Expenses**.

If the Professional Services and Network and Information Security Offenses Coverage Limits are exhausted by the payment of amounts covered under this policy, the premium for this policy will be deemed fully earned, all obligations of the Company will be completely fulfilled, and the Company will have no further obligations.

## III.  CLAIM DEFENSE

A.  The Company has the right and duty to defend any **Claim** covered by this policy, even if the allegations are groundless, false or fraudulent, including the right to select defense counsel with respect to such **Claim**, provided that the Company is not obligated to defend or to continue to defend any **Claim** made after the applicable Professional Liability Coverage Limit is exhausted by payment of **Damages** and **Defense Expenses**.

B.  The **Insured** will cooperate with the Company and, upon the Company's request:

    1.  assist in the defense and settlement of **Claims**;

    2.  assist in enforcing rights of contribution or indemnity against any person or entity which may be liable to the **Insured** because of a **Wrongful Act**; and

    3.  attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses.

©2008 The Travelers Companies, Inc. All Rights Reserved

**IV.    RIGHT TO APPEAL**

The Company has the right, but not the duty, to appeal a judgment awarded against an **Insured** in a **Claim** the Company defends.

**V.    TRANSFER CONTROL OF DEFENSE**

A.    Before the applicable Professional Liability Coverage Limit is exhausted by the payment of amounts covered under this policy, the **Insured** may take control of the **Claim** defense of any outstanding **Claim** previously reported to the Company, provided that the Company consents to, or a court orders, such transfer of control.

B.    If the applicable Professional Liability Coverage Limit is exhausted by the payment of amounts covered under this policy, the Company will notify the **Insured** as soon as practicable of all outstanding **Claims** the Company is defending that are subject to such limit.

C.    The Company agrees to take all steps necessary during a transfer of control of defense to the **Insured** of any outstanding **Claim** to continue that defense during such transfer.  When the Company takes such steps, the **Insured** agrees that the Company does not waive or relinquish any of the Company's rights under this policy.  The **Insured** also agrees to repay the reasonable expenses incurred by the Company for such steps taken after the applicable Professional Liability Coverage Limit has been exhausted.

**VI.    PRE-CLAIM ASSISTANCE**

At the Company's discretion, the Company will pay **Pre-Claim Expenses** for a **Potential Claim** reported in accordance with section VIII. NOTICE OF POTENTIAL CLAIMS.  **Pre-Claim Expenses** must be incurred prior to the date that any **Claim** is made based upon or arising out of such **Potential Claim**.  Payment of **Pre-Claim Expenses** is not subject to a Deductible and does not reduce the applicable Professional Liability Coverage Limits.  Once a **Potential Claim** becomes a **Claim**, **Damages** and **Defenses Expenses** that result from such **Claim** are subject to a Deductible and will reduce the applicable Professional Liability Coverage Limits.

**VII.    INSURED'S DUTIES IN THE EVENT OF A CLAIM**

In the event a **Principal Insured** becomes aware that a **Claim** has been made against any **Insured**, the **Insured**, as a condition precedent to any rights under this policy, will give to the Company written notice of the particulars of such **Claim**, including all facts related to any alleged **Wrongful Act**, the identity of each person allegedly involved in or affected by such **Wrongful Act**, and the dates of the alleged events, as soon as practicable.  The **Insured** will give the Company such information, assistance and cooperation as the Company may reasonably require.

All notices under this section must be sent or delivered to the Company set forth in ITEM 3 of the Declarations and are effective upon receipt.  The **Insured** will not voluntarily settle any **Claim**, make any settlement offer, assume or admit any liability or, except at the **Insured's** own cost, voluntarily make any payment, pay or incur any **Defense Expenses**, or assume any obligation or incur any other expense, without the Company's prior written consent, such consent not to be unreasonably withheld.  The Company will not be liable for any settlement, **Defense Expenses**, assumed obligation, or admission to which it has not consented.

**VIII.    NOTICE OF POTENTIAL CLAIMS**

If a **Principal Insured** becomes aware of a **Potential Claim** and gives the Company written notice during the **Policy Period** of the particulars of such **Potential Claim** including:

A.    all known facts related to the **Potential Claim**;

B.    the identity, if known, of each person allegedly involved in or affected by such **Potential Claim**;

C.    the date such persons became aware of the **Potential Claim**;

---

©2008 The Travelers Companies, Inc. All Rights Reserved

D.      the dates of the alleged events; and

E.      the reasons for anticipating a **Claim**,

any **Claim** subsequently made against any **Insured** arising out of such **Potential Claim** will be deemed to have been made on the date such notice was received by the Company.

All notices under this section must be sent or delivered to the Company set forth in ITEM 3 of the Declarations and will be effective upon receipt.

## IX.     RELATED CLAIMS

All **Claims** or **Potential Claims** for **Related Wrongful Acts** will be considered as a single **Claim** or **Potential Claim** , whichever is applicable. All **Claims** or **Potential Claims** for **Related Wrongful Acts** will be deemed to have been made the date:

A.      the first of such **Claims** for **Related Wrongful Acts** was made; or

B.      the first notice of such **Potential Claim** for **Related Wrongful Acts** was received by the Company,

whichever is earlier.

## X.      SUBROGATION

In the event of payment under this policy, the Company is subrogated to all of the **Insured's** rights of recovery against any person or organization to the extent of such payment and the **Insured** will execute and deliver instruments and papers and do whatever else is necessary to secure such rights.  The **Insured** will do nothing to prejudice such rights.

Section X. SUBROGATION does not apply if the **Insured**, prior to the date a **Wrongful Act** is committed, has waived its right of recovery for **Damages** that result from such **Wrongful Act**.

## XI.     RECOVERIES

All recoveries from third parties for payments made under this policy apply, after first deducting the costs and expenses incurred in obtaining such recovery:

A.      first, to the Company to reimburse the Company for any Deductible amount it has paid on behalf of any **Insured**;

B.      second, to the **Insured** to reimburse the **Insured** for the amount it has paid which would have been paid hereunder, but for the fact that such amount is in excess of the applicable limit hereunder;

C.      third, to the Company to reimburse the Company for the amount paid hereunder; and

D.      fourth, to the **Insured** in satisfaction of any applicable Deductible paid by the **Insured**,

provided that such recoveries do not include any recovery from insurance, suretyship, reinsurance, security or indemnity taken for the Company's benefit.

## XII.    ACQUISITIONS

If, during the **Policy Period**, the **Named Insured** acquires or forms an entity that performs **Professional Services**, coverage will be provided for such acquired or formed entity and its respective **Insured Persons** for **Wrongful Acts** committed after the **Named Insured** acquires or forms such entity.  Coverage for such entity will end 90 days after the acquisition or formation of such entity, or the end of the **Policy Year**, whichever is earlier, unless the Company has agreed to provide such coverage by endorsement.

©2008 The Travelers Companies, Inc. All Rights Reserved

**XIII.    SPOUSAL AND DOMESTIC PARTNER PROFESSIONAL LIABILITY COVERAGE**

This policy applies to **Damages** and **Defense Expenses** for a **Claim** made against a person who, at the time the **Claim** is made, is a lawful spouse or a person qualifying as a domestic partner under the provisions of any applicable federal, state, or local law of an **Insured Person**, but only for a **Wrongful Act** actually or allegedly committed by the **Insured Person**, to whom the spouse is married, or who is joined with the domestic partner.

The Company has no obligation to make any payment for **Damages** or **Defense Expenses** in connection with any **Claim** made against a spouse or domestic partner of an **Insured Person** for any actual or alleged **Wrongful Act** committed by such spouse or domestic partner.

**XIV.    AUTOMATIC EXTENDED REPORTING PERIOD**

If this policy is cancelled or not renewed, the **Automatic Extended Reporting Period** applies without additional premium effective the date such policy is cancelled or not renewed.  The **Automatic Extended Reporting Period** applies to **Claims** made and reported to the Company during the **Automatic Extended Reporting Period**, but only for **Wrongful Acts** committed wholly prior to the effective date this policy is cancelled or not renewed, and which otherwise would be covered.  A **Claim** made during the **Automatic Extended Reporting Period** will be deemed to have been made on the last day of the **Policy Period**.

**XV.    OPTIONAL EXTENDED REPORTING PERIOD**

A.    If this policy is cancelled or not renewed, the **Named Insured** may give the Company written notice that it desires to purchase an Optional Extended Reporting Period Endorsement for one of the periods set forth in ITEM 8 of the Declarations.  The **Optional Extended Reporting Period** applies to **Claims** made during the **Optional Extended Reporting Period**, but only for **Wrongful Acts** committed wholly prior to the effective date this policy is cancelled or not renewed and which otherwise would be covered.  A **Claim** made during the **Optional Extended Reporting Period** will be deemed to have been made on:

1.    the last day of the **Policy Period**; or

2.    if such **Claim** had earlier been reported to the Company during the **Policy Period** as **Potential Claim**, the date notice was received by the Company of such **Potential Claim**,

whichever is earlier.

B.    The premium due for the Optional Extended Reporting Period Endorsement equals the percentage set forth in ITEM 8 of the Declarations of the annualized premium for this policy, including the fully annualized amount of any additional premiums charged by the Company during the **Policy Year** prior to the date such policy is cancelled or not renewed.  The entire premium for the Optional Extended Reporting Period Endorsement will be deemed fully earned at the commencement of the **Optional Extended Reporting Period**.

The **Optional Extended Reporting Period** will not take effect unless the **Named Insured** has fulfilled all other duties, and complied with all other conditions and requirements under this policy, and:

1.    written notice of such election is received by the Company within 60 days of the effective date such policy is cancelled or not renewed;

2.    the additional premium for the Optional Extended Reporting Period Endorsement is paid when due; and

3.    full payment of the earned premium due, and repayment of any Deductible owed, is received by the Company within 60 days of the effective date such policy is cancelled or not renewed.

When the **Optional Extended Reporting Period** applies, it replaces the **Automatic Extended Reporting Period**.

©2008 The Travelers Companies, Inc. All Rights Reserved

**XVI.   ACTION AGAINST THE COMPANY**

No action will lie against the Company unless, as a condition precedent thereto, there has been full compliance with all of the terms of this policy, or until the amount of the **Insured's** obligation to pay has been finally determined either by judgment against the **Insured** after actual trial, or by written agreement of the **Insured** , the claimant, and the Company.

No person or entity has any right to join the Company as a party to any action against the **Insured** to determine the **Insured's** liability, nor will the Company be impleaded by an **Insured** or such **Insured's** legal representative. Bankruptcy or insolvency of any **Insured** or an **Insured's** estate does not relieve the Company of any of its obligations hereunder.

**XVII.   CHANGES**

Only the first **Named Insured** is authorized to make changes to the terms of this policy and solely with the Company's prior written consent.   This policy's terms can be changed only by endorsement issued by the Company and made a part of such policy.   Notice to any representative of the **Insured** or knowledge possessed by any agent or by any other person does not effect a change to any part of this policy, or estop the Company from asserting any right under the terms, exclusions, conditions and limitations of this policy, nor may the terms, exclusions, conditions and limitations hereunder be changed, except by a written endorsement to this policy issued by the Company.

**XVIII.   ASSIGNMENT**

This policy may not be assigned or transferred, and any such attempted assignment or transfer will be void and without effect unless the Company has provided its prior written consent to such assignment or transfer.

**XIX.   MISREPRESENTATION**

This policy may be considered void if, after the Inception Date of the **Policy Period** set forth in ITEM 2 of the Declarations, any **Principal Insured** has intentionally concealed or misrepresented any material fact or circumstance, concerning this insurance or the subject thereof, provided that section XIX. MISREPRESENTATION does not apply if such **Principal Insured** mistakenly:

A.      failed to disclose information to the Company; or

B.      mislead the Company.

**XX.   LIBERALIZATION**

If, during the **Policy Period**, the Company makes any changes in the form of this policy that are intended to apply to all **Insureds** that have such forms as part of their policy, and by which the insurance afforded could be extended or broadened by endorsement or substitution of form without increased premium charge, then such extended or broadened insurance inures to the benefit of the **Insured** as of the date the revision or change is approved for general use by the applicable department of insurance.

**XXI.   AUTHORIZATION**

If this policy provides coverage for more than one **Named Insured**, the first **Named Insured** set forth in Item 1 of the Declarations is the sole agent and acts on behalf of all **Insureds** with respect to:

A.      payment of premiums and deductibles;

B.      receiving any return premiums;

C.      receiving notices of cancellation, nonrenewal or change in coverage;

D.      requesting any change in coverage; or

E.      making or, if applicable, consenting to settlement or compromise of any **Claim,**

provided that nothing herein relieves any **Insured** from giving any notice to the Company that is required under this policy.

## XXII.    HEADINGS

The titles of the various paragraphs of this policy and its endorsements are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provision to which they relate.

## XXIII.   CONFORMITY TO STATUTE

Any part of this policy that conflicts with any requirement of statutory or regulatory law that applies is automatically amended to conform to such law.

## XXIV.   LEGAL REPRESENTATIVES

In the event of the death, incapacity or bankruptcy of an **Insured**, any **Claim** made against the estate, heirs, legal representatives or assigns of such **Insured** are deemed to be a **Claim** made against such **Insured**.  Such estate, heirs, legal representatives or assigns have all of the **Insureds** rights and duties under this policy.

## XXV.    TERRITORY

This policy applies to **Claims** made for **Wrongful Acts** committed anywhere in the world.

---

| THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. |
|---|

## DAMAGES ONLY DEDUCTIBLE ENDORSEMENT

This endorsement changes the following:

**Professional Liability Terms and Conditions**

---

**It is agreed that:**

1.    The following replaces section **I. DEDUCTIBLE**:

*I.    DEDUCTIBLE*

The first **Named Insured** will bear uninsured the amount of any applicable deductible.

The Company's obligation to pay **Damages** applies only to the amount of **Damages** which are in excess of the applicable Deductible for each **Claim** amount set forth in ITEM 5 of the Declarations.  The Company may, at its sole discretion, pay all or part of any Deductible amount on behalf of the first **Named Insured**, and in such event, the first **Named Insured** agrees to repay the Company any amounts so paid.

If ITEM 5 of the Declarations indicates that a Deductible applies for all **Claims**, the **Insured's** obligation to pay **Damages** for all **Claims** made during each **Policy Year** will not exceed the Deductible amount for all **Claims** set forth in ITEM 5 of the Declarations.  If there is no Deductible amount shown for all **Claims**, the first **Named Insured** will be responsible for the each **Claim** amount for each and every **Claim**, without further limitation regardless of how often it applies.

2.    The following replaces section **VI. PRE-CLAIM ASSISTANCE**:

**VI.    PRE-CLAIM ASSISTANCE**

At the Company's discretion, the Company will pay **Pre-Claim Expenses** for a **Potential Claim** reported in accordance with section VIII. NOTICE OF POTENTIAL CLAIMS.  **Pre-Claim Expenses** must be incurred prior to the date that any **Claim** is made based upon or arising out of such **Potential Claim**.  Payment of **Pre-Claim Expenses** is not subject to a Deductible and does not reduce the applicable Professional Liability Coverage Limits.  Once a **Potential Claim** becomes a **Claim**, **Damages** that result from such **Claim** are subject to a Deductible and will reduce the applicable Professional Liability Coverage Limits.

---

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein.  This endorsement is part of such policy and incorporated therein.

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

PTC-2008  Ed. 11-08  Printed in U.S.A.                                                                 Page 1 of 1
©2008 The Travelers Companies, Inc. All Rights Reserved

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SECURITY BREACH REMEDIATION AND NOTIFICATION EXPENSES ENDORSEMENT

This endorsement changes the following:

Accountants Professional Liability Coverage

**It is agreed that:**

1.    The following is added to section *III. Additional Benefits* of the Professional Liability Coverage:

The Company will reimburse the **Insured** for **Security Breach Notification Expenses** incurred by the **Named Insured** within 12 months of, and as a result of, any **Wrongful Act** that:

- is a **Network and Information Security Offense,**
- is first committed on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations and before the end of the **Policy Period**; and
- is reported to the Company during the **Policy Period** or within 60 days thereafter;

provided that no **Principal Insured** on the Knowledge Date set forth in ITEM 5 of the Declarations had any basis to believe that such **Wrongful Act** might reasonably be expected to be the basis of **Security Breach Notification Expenses.**

2.    The following is added to section *IV. Definitions* of the Professional Liability Coverage:

*Approved Service Provider* means a service provider approved in writing by the Company.

*Identity Information* means:

1.    information concerning any natural person that constitutes "nonpublic personal information" as defined in the Gramm-Leach Bliley Act of 1999, as amended, and regulations issued pursuant to such Act;

2.    medical or health care information concerning a natural person, including "protected health information" as defined in the Health Insurance Portability and Accountability Act of 1996, as amended, and regulations issued pursuant to such Act;

3.    any private personal information concerning any natural person that is protected under any local, state, federal or foreign act, statute, rule, regulation, requirement, ordinance, common or other law, for any **Claim** subject to such act, statute, rule, regulation, requirement, ordinance, common or other law; or

4.    a natural person's driver's license or state identification number; social security number; unpublished telephone number; credit, debit, or charge card numbers, or other financial account numbers and associated security codes, access codes, passwords or PIN numbers associated with such credit, debit, or charge card numbers, or other financial account numbers.

*Security Breach* means unauthorized access to, or acquisition of, **Identity Information** owned, licensed, maintained or stored by the **Insured**.

*Security Breach Notification Expenses* mean any of the following reasonable fees, costs or expenses incurred and paid by the **Named Insured**, with the Company's prior written consent, for services recommended and provided by an **Approved Service Provider** which can be directly attributed to a **Security Breach**:

1.    fees, costs or expenses to determine the persons whose **Identity Information** was accessed or acquired without their authorization;

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

© 2012 The Travelers Indemnity Company. All Rights Reserved

2. fees, costs or expenses to develop documents or materials to notify the persons whose **Identity Information** was accessed or acquired without their authorization;

3. costs of mailings or other communications required to notify the persons whose **Identity Information** was accessed or acquired without their authorization;

4. costs of providing up to 365 days of credit monitoring services to persons whose **Identity Information** was accessed or acquired without their authorization, starting with the date that the **Named Insured** first notified such persons of the **Security Breach**;

5. any other fees, costs, or expenses necessary to comply with any **Security Breach Notification Law** that applies to the **Insured**.

**Security Breach Notification Expenses** do not include:

1. remuneration paid to **Insured Persons**;

2. fees, costs or expenses of outside consultants, other than the **Approved Service Provider**, retained by the **Insured**, unless the Company agrees in writing to reimburse the **Insured** for such fees, costs or expenses;

3. taxes, fines, penalties, punitive, exemplary or liquidated damages, or the multiple portion of any multiplied damage award imposed by law or that any **Insured** has agreed to pay for any reason;

4. gratis amounts that any **Insured** voluntarily agrees to pay to any person whose **Identity Information** was accessed or acquired without their authorization; or

5. **Crisis Event Expenses**.

*Security Breach Notification Law* means any law or regulation that requires an organization to notify persons that their personal information was or may have been accessed or acquired without their authorization.

3. The following is added to section *II. Limits*, B. Additional Benefits Limits of the Professional Liability Terms and Conditions:

Security Breach Notification Expenses Limits

Regardless of the number of **Wrongful Acts** that are **Network and Information Security Offenses** qualifying for **Security Breach Notification Expenses**, or the number of persons or entities who are **Insureds**:

a. the Company's maximum limit for **Security Breach Notification Expenses** for each **Wrongful Act** that is a **Network and Information Security Offense** first committed during the **Policy Year** will not exceed $25,000; and

b. the Company's maximum limit for **Security Breach Notification Expenses** for all **Wrongful Acts** that are **Network and Information Security Offenses** first committed during the **Policy Year** will not exceed $25,000.

Payment of **Security Breach Notification Expenses** are not subject to a Deductible and do not reduce the applicable Professional Liability Coverage Limits.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

Issuing Company:  Travelers Casualty and Surety Company of America
Policy Number:  106682086
PTC-19002 Ed. 04-12                                                                      Page 2 of 2
© 2012 The Travelers Indemnity Company. All Rights Reserved

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GLOBAL COVERAGE COMPLIANCE ENDORSEMENT

This endorsement changes the following:

Accountants Professional Liability Coverage

**It is agreed that:**

1.      The following is added to section **VI. CONDITIONS**, of the Professional Liability Coverage:

**SANCTIONS**

This policy will provide coverage, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose the Company or any of its affiliated or parent companies to any trade or economic sanction under any law or regulation of the United States of America or any other applicable trade or economic sanction, prohibition, or restriction.

2.      The following is added to section **III. CLAIM DEFENSE**, of the Professional Liability Terms and Conditions:

In the event of a **Claim** against an **Insured** that resides or is domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, the Company will have the right and duty to defend such **Claim** as set forth in this section III. CLAIM DEFENSE, A. to the extent that doing so would not violate the laws or regulations of such country or jurisdiction.

If the Company is prohibited from defending such **Claim** against an **Insured** that resides or is domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, then the Company will have no duty to defend any such **Claim**. It will be the duty of the **Insured**, or first **Named Insured** set forth in Item 1 of the Declarations, to defend such **Claim**. The Company will reimburse the first **Named Insured** set forth in Item 1 of the Declarations for its insurable loss as measured by the **Defense Expenses** such first **Named Insured** pays on behalf of an **Insured Person** in connection with such **Claim**. The Company will have the right to participate with the first **Named Insured** or the **Insured** in the investigation, defense, and settlement, including the negotiating of a settlement of any **Claim** that appears reasonably likely to be covered in whole or in part by such policy and the selection of appropriate defense counsel to the extent that doing so would not violate the laws or regulations of such country or jurisdiction.

3.      The following replaces section **XXV. CONDITIONS, A. TERRITORY**, of the Professional Liability Terms and Conditions:

A.      **TERRITORY AND VALUATION**

1.      This policy applies anywhere in the world; provided, this policy does not apply to **Damages**, **Defense Expenses**, **Crisis Event Expenses**, **Disciplinary or Regulatory Proceeding Expenses, or Pre-Claim Expenses** incurred by an **Insured** residing or domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, to the extent that providing this insurance would violate the laws or regulations of such country or jurisdiction.

Issuing Company: **Travelers Casualty and Surety Company of America**
Policy Number: **106682086**

PTC-19006 Ed. 03-15                                                                                                    Page 1 of 2
© 2015 The Travelers Indemnity Company. All rights reserved.

2.   In the event an **Insured Person** incurs **Damages, Crisis Event Expenses, Disciplinary or Regulatory Proceeding Expenses, or Pre-Claim Expenses** referenced in 1. above to which this insurance would have applied, the Company will reimburse the first **Named Insured** set forth in Item 1 of the Declarations for its insurable loss as measured by such amounts that it pays to, or on behalf of such **Insured Person**. As a condition precedent to such reimbursement, or any rights under this **Policy**, the first **Named Insured** set forth in Item 1 of the Declarations must comply with the conditions of this insurance as if such **Claim** were made against any **Insured** that does not reside or is not domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance.

3.   All premiums, Limits of Liability, Deductible, **Damages, Defense Expenses** and other amounts under this policy are expressed and payable in the currency of the United States. If a judgment is rendered, settlement is denominated, or another element of **Damages** under this policy is stated in a currency other than United States dollars, payment under this policy will be made in United States dollars at the rate of exchange published in *The Wall Street Journal* on the date the final judgment is reached, the amount of the settlement is agreed upon, or any other element of **Damages** is due, respectively.

---

Nothing herein contained shall be held to vary, alter, waive, or extend any of the terms, conditions, exclusions, or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

---

> **THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUBPOENA RESPONSE ASSISTANCE ENDORSEMENT

This endorsement changes the following:

Accountants Professional Liability Coverage

---

**It is agreed that:**

1.  The following is added to ITEM 6 of the Declarations:

    Subpoena Response Assistance Limits:      $25,000 for all **Subpoena Events**

2.  The following is added to section III. ADDITIONAL BENEFITS of the Professional Liability Coverage:

    The Company will pay **Subpoena Response Assistance**, provided by counsel selected by the Company, that results from a **Subpoena Event** that is first received by the **Insured** during the **Policy Period** and reported to the Company as soon as practicable during the **Policy Period**.

3.  The following is added to section IV. DEFINITIONS in the Professional Liability Coverage:

    **Subpoena Event** means a subpoena for documents or testimony naming an **Insured** that is based upon or arises out of **Professional Services** rendered by an **Insured**; provided that:

    a.  the **Professional Services** were rendered on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations;

    b.  no **Claim** has been made against an **Insured** that is based upon or arises out of the **Professional Services** for which the **Insured** is subpoenaed;

    c.  the subpoena is not part of a lawsuit to which the **Insured** is a party; or that an **Insured** has been engaged to provide advice or testimony;

    d.  the subpoena is not part of any **Disciplinary or Regulatory Proceeding** initiated against an **Insured**; and

    e.  the subpoena is not part of an administrative, criminal, grand jury, or regulatory investigation or proceeding against an **Insured** nor does it seek information or testimony from an **Insured** in order to consider asserting charges against the **Insured**.

    **Subpoena Response Assistance** means reasonable and necessary fees, costs and expenses incurred by the Company in retaining an attorney to:

    a.  respond to a subpoena;

    b.  provide advice regarding the production of documents;

    c.  prepare the **Insured** for sworn testimony; or

    d.  represent the **Insured** during the **Insured's** deposition or trial testimony.

    **Subpoena Response Assistance** does not include: (i) any expenses, salaries, wages, benefits, or overhead of, or paid to, any **Insured**; (ii) fees, costs, or expenses in producing, gathering, organizing, searching, compiling, maintaining, or storing electronic or physical documents, records, or data; or (iii) any fees, costs, or expenses incurred without the Company's prior written consent.

    If a **Claim** is made or brought against an **Insured** subsequent to a **Subpoena Event** based upon or arising out of the **Professional Services** that are the basis of such **Subpoena Event**, the Company will no longer pay **Subpoena Response Assistance** as of the date the **Claim** is first made or brought.

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

---

PTC-2067 Rev. 12-15                                                                                          Page 1 of 2
© 2015 The Travelers Indemnity Company. All rights reserved.

4. The following is added to the definition of Potential Claim in section IV. DEFINITIONS in the Professional Liability Coverage:

**Potential Claim** also means a **Subpoena Event**.

5. The following is added to section II. LIMITS, B. Additional Benefit Limits of the Professional Liability Terms and Conditions:

Subpoena Response Assistance Limits

Regardless of the number of **Subpoena Events** qualifying for **Subpoena Response Assistance**, or the number of persons or entities who are **Insureds,** the Company's maximum limit for **Subpoena Response Assistance** for all **Subpoena Events** first occurring during the **Policy Year** will not exceed the Subpoena Response Assistance Limit for all **Subpoena Events** set forth in ITEM 6 of the Declarations.

Payment of **Subpoena Response Assistance** is not subject to a Deductible and does not reduce the applicable Professional Liability Coverage Limits.

---

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086
PTC-2067 Rev. 12-15                                                                                        Page 2 of 2
© 2015 The Travelers Indemnity Company. All rights reserved.

| THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY. |
| --- |

## VIRGINIA REQUIRED ENDORSEMENT – DEFENSE EXPENSES IN ADDITION TO THE LIMITS OF COVERAGE

This endorsement changes the following:

**Professional Liability Terms and Conditions**
**Accountants Professional Liability Coverage**

---

**It is agreed that:**

1.  The following replaces section **II. LIMITS**, A., of the Professional Liability Terms and Conditions:

A.    Professional Liability Coverage Limits

    1.    Professional Services and Network and Information Security Offenses Coverage Limits

        Regardless of the number or persons or entities bringing **Claims** or the number of persons or entities who are **Insureds**:

        a.    the Company's maximum limit of liability for **Damages**, for each **Claim** made during the **Policy Year** that results from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will not exceed the Professional Services and Network and Information Security Offenses Coverage Limits for each **Claim** set forth in ITEM 5 of the Declarations;

        b.    the Company's maximum limit of liability for all **Damages**, for all **Claims** made during the **Policy Year** that result from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services** , will not exceed the Professional Services and Network and Information Security Offenses Coverage Limits for all **Claims** set forth in ITEM 5 of the Declarations; and

        c.    the Company's maximum limit of liability for all **Damages**, for all **Claims** made during the **Automatic Extended Reporting Period** that result from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will not exceed the remaining Professional Services and Network and Information Security Offenses Coverage Limits for the last **Policy Year** in effect at the time this policy is cancelled or not renewed. The Company's maximum limit of liability for all **Damages**, for all **Claims** made during the **Optional Extended Reporting Period**, if applicable, that result from a **Network and Information Security Offense** or the rendering of, or failure to render, **Professional Services**, will reinstate, but not exceed the Professional Services and Network and Information Security Offenses Coverage Limits for the last **Policy Year** in effect at the time this policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis, whichever is applicable.

2.  The following replaces section **II. LIMITS**, C. Other Provisions in the Professional Liability Terms and Conditions:

C.    Other Provisions

    Payment of **Damages** will reduce and may exhaust the applicable Professional Liability Coverage Limits. In the event the amount of **Damages** exceeds the portion of the applicable Professional Liability Coverage Limits remaining after prior payments of **Damages**, the Company's liability shall not exceed the remaining amount of the applicable Professional Liability Coverage Limits. In no event will the Company be obligated to make any payment

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

---

PTC-3055 Rev. 04-11
© 2011 The Travelers Indemnity Company. All Rights Reserved

for **Damages** with regard to a **Claim** made after the applicable Professional Liability Coverage Limits have been exhausted by payment or tender of **Damages**.

If the Professional Services and Network and Information Security Offenses Coverage Limits are exhausted by the payment of amounts covered under this policy, the premium for this policy will be deemed fully earned.

3. The following replaces section **III. CLAIM DEFENSE** in the Professional Liability Terms and Conditions:

    **III.**    **CLAIM DEFENSE**

        1. The Company has the right and duty to defend any **Claim** covered by this policy, even if the allegations are groundless, false or fraudulent, including the right to select defense counsel with respect to such **Claim**; provided that the Company is not obligated to defend or to continue to defend any **Claim** after the applicable Professional Liability Coverage Limits are exhausted by payment of **Damages**.

        2. The **Insured** will cooperate with the Company and, upon the Company's request,:
          a. assist in the defense and settlement of **Claims**;
          b. assist in enforcing rights of contribution or indemnity against any person or entity which may be liable to the **Insured** because of a **Wrongful Act**; and
          c. attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses.

4. The following replaces section **VI . PRE-CLAIM ASSISTANCE** in the Professional Liability Terms and Conditions:

    **VI.**    **PRE-CLAIM ASSISTANCE**

    At the Company's discretion, the Company will pay **Pre-Claim Expenses** for a **Potential Claim** reported in accordance with section **VIII. NOTICE OF POTENTIAL CLAIMS**. **Pre-Claim Expenses** must be incurred prior to the date that any **Claim** is made based upon or arising out of such **Potential Claim**. Payment of **Pre-Claim Expenses** is not subject to a Deductible and does not reduce the applicable Professional Liability Coverage Limits. Once a **Potential Claim** becomes and **Claim**, **Damages** that result from such **Claim** are subject to a Deductible and will reduce the applicable Professional Liability Coverage Limits.

5. The following replaces section **XV. OPTIONAL EXTENDED REPORTING PERIOD** in the Professional Liability Terms and Conditions:

    **XV.**    **OPTIONAL EXTENDED REPORTING PERIOD**

    A. If this policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis, the **Named Insured** may give the Company written notice that it desires to purchase an Optional Extended Reporting Period Endorsement. The **Optional Extended Reporting Period** applies to **Claims** made during the **Optional Extended Reporting Period**, but only for **Wrongful Acts** committed wholly prior to the effective date this policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis, whichever applies, and which would otherwise be covered.

    The **Optional Extended Reporting Period** will not take effect unless:
    1. written notice of such election is received by the Company within 60 days of the effective date such policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis, whichever is applicable;
    2. the additional premium for the Optional Extended Reporting Period Endorsement is paid when due; and
    3. full payment of the earned premium due is received by the Company within 60 days of the effective date such policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis, whichever is applicable.

B.   A **Claim** made during the **Optional Extended Reporting Period** will be deemed to have been made on:
1.   the last day of the **Policy Period**; or
2.   if such **Claim** had earlier been reported to the Company during the **Policy Period** as a **Potential Claim**, the date notice was received by the Company of such **Potential Claim**,
whichever is earlier.

C.   The **Named Insured** will have the option to purchase an Optional Extended Reporting Period Endorsement with reinstated limits of coverage for a period of 24 months. The 24 month Optional Extended Reporting Period Endorsement is the required minimum option available in the state of Virginia.

The **Named Insured** will also have the option to purchase an Optional Extended Reporting Period Endorsement with reinstated the limits of coverage for a period of 12 months, 36 months, 60 months, or an unlimited time period.

D.   The premium due for the Optional Extended Reporting Period Endorsement equals the percentage of the annualized premium for this policy set forth below, including the fully annualized amount of any additional premiums charged by the Company during the **Policy Year** prior to the date such Optional Extended Reporting Period Endorsement takes effect:

1.   185% for a 24 month **Optional Extended Reporting Period** with reinstated limits of coverage.

The premium due for the following additional Optional Extended Reporting Period Endorsements equal the percentage of the annualized premium for this policy set forth below, including the fully annualized amount of any additional premiums charges by the Company during the Policy Year prior to the date such additional Optional Extended Reporting Period Endorsement takes effect:

2.   125% for a 12 month **Optional Extended Reporting Period** with reinstated limits of coverage;
3.   200% for a 36 month **Optional Extended Reporting Period** with reinstated limits of coverage;
4.   250% for a 60 month **Optional Extended Reporting Period** with reinstated limits of coverage; or
5.   300% for an unlimited **Optional Extended Reporting Period** with reinstated limits of coverage.

When the **Optional Extended Reporting Period** applies, it replaces the **Automatic Extended Reporting Period**.

E.   The **Named Insured** will not have the option to purchase an **Optional Extended Reporting Period** if cancellation or nonrenewal of the policy is due to:
1.   non-payment of premium;
2.   failure to comply with the terms and conditions of the policy; or
3.   fraud.

F.   The **Named Insured** may cancel the Optional Extended Reporting Period Endorsement at any time. To cancel the Optional Extended Reporting Period Endorsement, the **Named Insured** must mail or deliver the Optional Extended Reporting Period Endorsement to the Company or any of the Company's authorized agents, and include the date such Optional Extended Reporting Period Endorsement is to be cancelled. The **Named Insured** will get a refund for the unused premium, if any, for the Optional Extended Reporting Period Endorsement. The return premium will be determined using the following earned premium schedule:

1.   For a 12 month Optional Extended Reporting Period Endorsement the premium is earned as follows:

a.   100% as of the end of the 12 month period.

2.   For a 24 month Optional Extended Reporting Period Endorsement the premium is earned as follows:

a.   55% as of the end of the first year.

---

   b.  100% as of the end of the second year.

  3.  For a 36 month Optional Extended Reporting Period Endorsement the premium is earned as follows:

   a.  45% as of the end of the first year.
   b.  75% as of the end of the second year.
   c.  100% as of the end of the third year.

  4.  For a 60 month Optional Extended Reporting Period Endorsement the premium is earned as follows:

   a.  31% as of the end of the first year.
   b.  57% as of the end of the second year.
   c.  78% as of the end of the third year.
   d.  94% as of the end of the fourth year.
   e.  100% as of the end of the fifth year.

  5.  For the unlimited Optional Extended Reporting Period Endorsement the premium is earned as follows:

   a.  30% as of the end of the first year.
   b.  55% as of the end of the second year.
   c.  75% as of the end of the third year.
   d.  90% as of the end of the fourth year.
   e.  95% as of the end of the fifth year.
   f.  100% as of the end of the sixth year.

Once the Optional Extended Reporting Period Endorsement is purchased, it may not be cancelled by the Company except for nonpayment of premium or fraud.

6. The following replaces section **XIX. MISREPRESENTATION** in the Professional Liability Terms and Conditions:

### XIX. MISREPRESENTATION

This policy may be considered void if, after the Inception Date of this **Policy Period** set forth in ITEM 2 of the Declarations, any **Principal Insured** has intentionally concealed or misrepresented any material fact or circumstance, concerning this insurance of the subject thereof, and that material fact or circumstance is proven to be untrue or intentionally concealed, provided that section **XIX. MISREPRESENTATION** does not apply if such **Principal Insured** mistakenly:

 A. failed to disclose information to the Company; or
 B. mislead the Company.

7. Section **XXI. AUTHORIZATION**, C. is deleted from the Professional Liability Terms and Conditions.

8. The following replaces the Important note in the Accountants Professional Liability Coverage:

> ***Important note: This is a claims-made policy. To be covered, a claim must be first made against an Insured during the policy period or any applicable extended reporting period.***

9. The following is replaces section **I. INSURING AGREEMENT** in the Accountants Professional Liability Coverage:

### I. INSURING AGREEMENT

The Company will pay on behalf of the **Insured, Damages** for any **Claim** first made during the **Policy Period**, or any extended reporting period that applies, that is caused by a **Wrongful Act** committed on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations, provided that no **Principal Insured** on the Knowledge

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

PTC-3055 Rev. 04-11                  Page 4 of 5
© 2011 The Travelers Indemnity Company. All Rights Reserved

Date set forth in ITEM 5 of the Declarations had any basis to believe that such **Wrongful Act** might reasonably be expected to be the basis of a **Claim**.

10.     The following is added to section **II. SUPPLEMENTARY PAYMENTS** in the Accountants Professional Liability Coverage:

The Company will pay the following with respect to any **Claim** covered by this policy:

Postjudgment interest.

11.     The following replaces section **IV. DEFINITIONS, E. Damages** in the Accountants Professional Liability Coverage:

E.     *Damages* means money which an **Insured** is legally obligated to pay as settlements, judgments and compensatory damages; punitive or exemplary damages if insurable under the applicable law most favorable to the insurability of punitive or exemplary damages; and prejudgment interest, provided that **Damages** does not include punitive or exemplary damages imposed as a result of the misconduct of any **Insured**.

*Damages* does not include the following:
1.     Civil or criminal fines, sanctions, payroll or other taxes, or penalties assessed against any **Insured**; liquidated damages; the multiplied portion of any multiplied damage award; equitable or injunctive relief; any return, withdrawal, restitution or reduction of professional fees, profits or other charges; or damages or types of relief deemed uninsurable under applicable law.
2.     **Defense Expenses**.

12.     The following replaces section **IV. DEFINITIONS, O. Optional Extended Reporting Period** in the Accountants Professional Liability Coverage:

O.     *Optional Extended Reporting Period* means the period of time specified in the Optional Extended Reporting Period Endorsement, beginning with the date this policy is cancelled or not renewed, issued with a **Reduction in Coverage**, or renewed on other than a claims-made basis.

13.     The following is added to section **IV. DEFINITIONS** in the Accountants Professional Liability Coverage:

*Reduction in Coverage* means any:
1.     removal of coverage;
2.     addition of a new exclusion or other coverage limitation during the **Policy Period** or upon renewal of the policy; or
3.     advancement of the Retroactive Date.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

Issuing Company:  Travelers Casualty and Surety Company of America
Policy Number:  106682086

© 2011 The Travelers Indemnity Company. All Rights Reserved

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

---

## VIRGINIA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the following:

**Professional Liability Terms and Conditions**

---

**It is agreed that:**

The following sections are added to the Professional Liability Terms and Conditions:

### CANCELLATION

If the Company cancels this policy, the Company will mail or deliver notice of cancellation to all **Named Insureds** at least 45 days before the effective date of such cancellation. If cancellation is for nonpayment of premium, the Company will mail or deliver notice at least 15 days before the effective date of such cancellation.

If the notice is mailed, it will be sent by registered mail, certified mail or by post office certificate of mailing. Proof of mailing to all **Named Insured's** last mailing addresses known to the Company will be considered proof of notification. The notice will state the reason for cancellation and state the date such cancellation is to be effective.

The first **Named Insured** may cancel this policy by mailing or delivering written notice to the Company, or any of the Company's authorized agents, stating when, thereafter, not later than the Expiration Date set forth in ITEM 2 of the Declarations, such cancellation will be effective.

### RETURN PREMIUM

Any unused premium will be refunded to the first **Named Insured** as soon as possible. The cancellation will be effective whether or not the Company has made or offered a refund. The Company will calculate the refund pro rata and round to the next higher whole dollar when this policy is cancelled.

When cancellation takes place during the first year of a multi-year policy, the Company will refund the full annual premium for the subsequent years. The earned premium will not be less than the policy writing minimum premium.

### NONRENEWAL

The Company will not be required to renew or continue this policy. If the Company decides not to renew this policy, notice of nonrenewal will be mailed or delivered to all **Named Insureds** at least 45 days before the Expiration Date set forth in ITEM 2 of the Declarations or 15 days before the Expiration Date set forth in ITEM 2 of the Declarations if the Company is not renewing this policy due to nonpayment of premium.

If the notice is mailed, it will be sent by registered mail, certified mail or by post office certificate of mailing. The notice may also be sent electronically, provided that all **Named Insureds** and the Company have agreed to it and the agent of record, if applicable, has been notified by the Company. Proof of mailing to the last mailing addresses known to the Company for all **Named Insureds** will be considered proof of notification. If the notice is sent electronically, the Company will retain evidence of the transmittal or receipt of the notice for at least one year. The notice will state the reason for nonrenewal and state the date the nonrenewal is to be effective.

---

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

---

Issuing Company: Travelers Casualty and Surety Company of America
Policy Number: 106682086

---

© 2014 The Travelers Indemnity Company. All rights reserved.