# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:17-CR-115 |
| | ) |
| | ) Counts 1-41: 26 U.S.C. § 7206(2) |
| v. | ) (Aiding & Assisting in the Preparation of a |
| | ) False Tax Return) |
| | ) |
| JOSE BENJAMIN MANLAPAZ, | ) |
| a/k/a Mr. Ben, | ) **UNDER SEAL** |
| a/k/a Ben Manlapaz, | ) |
| | ) |
| Defendant. | ) |

```
                               FILED
                            IN OPEN COURT

                           MAY 2 5 2017

                    CLERK, U.S. DISTRICT COURT
                      ALEXANDRIA, VIRGINIA
```

## INDICTMENT

May 2017 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment, unless otherwise stated:

### INTRODUCTORY ALLEGATIONS

1. JBM Financial Services, which also went by the name JBM Financial Group, ("JBM") was a Virginia Company that provided tax preparation and related services. JBM had an office in Falls Church, Virginia, within the Eastern District of Virginia and in the Philippines.

2. Defendant JOSE BENJAMIN MANLAPAZ ("MR. BEN" or "MANLAPAZ") was a resident of the Eastern District of Virginia and the owner of JBM. MANLAPAZ hired, trained and supervised numerous employees at JBM to prepare federal income tax returns on behalf of third parties.

3.  MANLAPAZ had a Preparer Tax Identification Number ("PTIN"), issued by the IRS, which authorized him to prepare federal income tax returns on behalf of third parties for filing with the IRS. At his direction, MANLAPAZ directed employees of JBM to apply for and obtain PTINs, some of which were then used to file returns for clients of JBM.

4.  MANLAPAZ had an Electronic Filing Identification Number ("EFIN") issued by the IRS, which authorized him to electronically file federal income tax returns with the IRS on behalf of third parties. The EFIN was revoked in June 2013.

5.  D.D. was a Philippines national who lived in the Philippines. At no time did D.D. live or go to school in Virginia. D.D. oversaw and managed the JBM office in the Philippines as well as remotely assisted with work in the Virginia office of JBM, including the preparation of false and fraudulent documents for submission to the Internal Revenue Service ("IRS").

6.  By at least on or about 2008 and continuing through at least on or about 2012, MANLAPAZ and JBM were Acceptance Agents ("AAs") for the IRS. As AAs, MANLAPAZ and JBM were authorized to apply for Individual Tax Identification Numbers ("ITINs") for undocumented individuals who were not eligible to obtain Social Security Numbers ("SSNs"). ITINs could be used much the same way as a SSN could be used by a United States citizen to file federal income tax returns with the IRS and, if eligible, obtain income tax refunds. In that capacity, MANLAPAZ was responsible for preparing ITIN applications for clients and collecting applicants' identification documents. The ITINs were intended to be used to prepare tax returns.

7.  A Form 1098-T, Tuition Statement, is a form filed with the IRS by eligible education institutions for each enrolled student who has qualified tuition and related expenses. Taxpayers must meet certain requirements in order to claim education expenses and credits on their tax returns.

2

8. For the 2009 tax year, JBM, MANLAPAZ and employees of JBM filed or caused to be filed a total of approximately 1,498 with returns with the IRS. For the 2010 tax year, JBM, MANLAPAZ and employees of JBM filed or caused to be filed a total of approximately 1,847 returns with the IRS. For the 2011 tax year, JBM, MANLAPAZ, DELA CRUZ and employees of JBM filed or caused to be filed a total of approximately 2,333 tax returns with the IRS. For the 2012 tax year, MANLAPAZ and employees of JBM filed or caused to be filed a total of approximately 2,695 tax returns with the IRS. After June 2013, nearly all returns prepared by MANLAPAZ and employees of JBM were filed by mailing the paper return to the IRS because the IRS had revoked MANLAPAZ's EFIN number. In general, these returns left the "paid preparer" section blank, to make it appear that they were self-prepared by the taxpayer.

9. For the 2009 tax year, the returns prepared by JBM, MANLAPAZ and employees of JBM claimed a total of approximately $2.35 million in education credits. For the 2010 tax year, the returns prepared by JBM, MANLAPAZ and employees of JBM claimed a total of approximately $1.76 million in education credits. For the 2011 tax year, the returns prepared by JBM, MANLAPAZ and employees of JBM claimed a total of approximately $1.93 million in education credits. For the 2012 tax year, the returns prepared by JBM, MANLAPAZ and employees of JBM claimed a total of approximately $2.91 million in education credits.

10. On or about May 2013, Special Agents with IRS-CI executed a search warrant at JBM's office in Vienna, Virginia, within the Eastern District of Virginia. During and after the search warrant was executed, employees and clients of JBM were interviewed by IRS-CI special agents, who identified themselves as federal agents. MANLAPAZ was aware of the search and spoke to employees and clients who were interviewed.

3

11. In August 2016, MANLAPAZ met with an IRS-CI special agent and Assistant U.S. Attorney ("AUSA") in Alexandria, Virginia, in the Eastern District of Virginia. The agent and AUSA identified themselves at the start of the meeting. MANLAPAZ was told that he was the target of an ongoing criminal tax investigation. MANLAPAZ was told that certain items claimed on client returns, including education and childcare credits, as well as dependents with ITINs, were believed to be false and fraudulent. MANLAPAZ was also told about possible criminal penalties, including prosecution for aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2).

12. From at least 2008 through the date of Indictment, in the Eastern District of Virginia and elsewhere, MANLAPAZ and others known and unknown to the investigation caused the preparation and filing of false federal and state income tax returns for clients and employees of JBM that claimed fraudulent tax refunds by the following means, among others:

A. Directing employees to add expenses such as for daycare and education when entering the data used to generate a client's returns, even if the client had not listed such expenses.

B. Preparing or causing the preparation of false and fraudulent returns for JBM employees.

C. Using the names, dates of birth, and passports of foreign nationals, who were real persons, to obtain ITINs by preparing and submitting false Forms W-7 to the IRS.

D. Using the ITINs to claim foreign nationals as dependents on client tax returns, thereby increasing the client's refund.

E. Generally charging tax preparation fees based on the refund amount, such that clients receiving larger refunds had to pay a larger fee to JBM.

F. Collecting tax preparation fees from clients, who were encouraged to pay in cash.

G. Using the United States Postal Service and commercial interstate carriers to send documents, tax returns, ITINs, and means of identification to and from locations in the Eastern District of Virginia.

H. Preparing false and fraudulent documents, including Forms 1098-T and business receipts, to substantiate expenses and/or credits claimed on the fraudulent returns.

I. Submitting false and fraudulent letters and supporting documentation to the IRS in response to requests for evidence, proposed adjustments, or audits.

J. Charging clients a fee for preparing responses to IRS letters, audits and similar inquiries, with the fee sometimes dependent on the type and complexity of documentation that had to be generated.

K. Using PTINs of JBM employees on tax returns actually prepared and reviewed by MANLAPAZ in order to conceal the true identity of the preparer.

L. Only preparing returns for existing clients or new customers who had verified referrals, in an attempt to avoid detection by law enforcement and the IRS.

M. After May 2013, continuing to prepare and file false and fraudulent tax returns, but purposefully leaving the paid preparer section blank and submitting many returns by mail.

13. The allegations in paragraphs 1 through 12 are realleged in each count of this Indictment as if set forth fully therein.

## COUNTS 1-41
### (Aiding and Assisting in the Preparation of False Tax Returns)

THE GRAND JURY FURTHER CHARGES THAT:

14. On or about the date set forth in the chart below, in the Eastern District of Virginia and elsewhere, the defendant JOSE BENJAMIN MANLAPAZ did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of each of the following U.S. Individual Income Tax Returns. These returns were false and fraudulent as to the following material matters, in that each return contained the following false items, credits and deductions listed in the table below and falsely claimed that the taxpayers were entitled to the following refunds, whereas the defendant then and there knew, the following items were false and the taxpayer was not entitled to a refund in the claimed amount, or to the claimed credits and/or deductions:

| Count | Date | Tax Year | Tax Form | Taxpayer(s) | Claimed Refund | False Items, Credits and Deductions |
|-------|------|----------|----------|-------------|----------------|--------------------------------------|
| 1 | 8/24/11 | 2009 | 1040A | D.D. | $1,000 | - Home address<br>- ITIN<br>- Line 43, education credit & Form 8863 |
| 2 | 6/3/11 | 2010 | 1040A | D.D. | $1,000 | -Home address<br>- ITIN<br>- Line 43, education credit & Form 8863 |
| 3 | 4/24/12 | 2011 | 1040A | D.D. | $1,000 | - Home address<br>- ITIN<br>- Line 43, education credit & Form 8863 |
| 4 | 4/17/13 | 2012 | 1040A | D.D. | $1,000 | - Home address<br>- ITIN<br>- Line 43, education credit & Form 8863 |
| 5 | 6/1/10 | 2009 | 1040 | O.B. & C.B. | $35,635 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 16, gifts to charity |

6

| Count | Date | Tax Year | Tax Form | Taxpayer(s) | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 6 | 4/4/11 | 2010 | 1040 | O.B. & C.B. | $28,953 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 16, gifts to charity |
| 7 | 4/6/12 | 2011 | 1040 | O.B. & C.B. | $ 28,571 | - Line 17 & Sched. E<br>- Sched. A, line 16, gifts to charity<br>- Lines 49, 66 & Form 8863 – education credits |
| 8 | 4/11/13 | 2012 | 1040 | O.B. & C.B. | $20,908 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 16, gifts to charity |
| 9 | 5/29/10 | 2009 | 1040 | E.C. | $8,228 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 51, child tax credit |
| 10 | 4/3/11 | 2010 | 1040 | E.C. | $6,919 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 17 & Sched. E<br>- Line 51, child tax credit |
| 11 | 3/20/12 | 2011 | 1040 | E.C. | $7,785 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 51, child tax credit |
| 12 | 3/21/13 | 2012 | 1040 | E.C. | $7,239 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 51, child tax credit<br>- Lines 49, 66 & Form 8863, education credits |
| 13 | 2/10/11 | 2010 | 1040 | L.C. | $3,515 | - Line 12 & Sch. C |
| 14 | 2/12/12 | 2011 | 1040A | L.C. | $4,977 | - Line 40 & Form 8863, education credit |
| 15 | 5/7/12 | 2011 | 1040X | L.C. | $2,610 | - Lines 24, 31, dependents Schedule EIC<br>- Line 51 & Form 8812, additional child tax credit |
| 16 | 2/28/13 | 2012 | 1040A | L.C. | $8,492 | - Line 6c, dependents<br>- Line 39 & Form 8812, additional child tax credit<br>- Line 40 & Form 8863, education credit |
| 17 | 4/22/10 | 2009 | 1040 | E.V. & MA.V. | $8,215 | - Line 17 & Sched. E<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sched. A, line 17, gifts to charity |

7

| Count | Date | Tax Year | Tax Form | Taxpayer(s) | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 18 | 4/13/11 | 2010 | 1040 | E.V. & MA.V. | $4,191 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 17, gifts to charity |
| 19 | 4/9/12 | 2011 | 1040 | E.V. & MA.V. | $3,067 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 17, gifts to charity |
| 20 | 4/15/13 | 2012 | 1040 | E.V. & MA.V. | $5,365 | - Line 17 & Sched. E<br>- Line 40a & Sched. A, line 17, gifts to charity |
| 21 | 1/24/11 | 2009 | 1040A | A.E. | $1,000 | - Line 43, education credit & Form 8863 |
| 22 | 1/19/11 | 2010 | 1040A | A.E. | $1,000 | - Line 43, education credit & Form 8863 |
| 23 | 1/22/12 | 2010 | 1040X | A.E. | $935 | - Lines 24, 31, dependents<br>- Line 14, additional child tax credit & Form 8812 |
| 24 | 4/2/13 | 2012 | 1040 | A.E. | $3,000 | - Line 6c, dependents<br>- Line 65 & Form 8812, additional child tax credit<br>- Line 66, education credit & Form 8863 |
| 25 | 2/18/14 | 2013 | 1040 | A.E. | $3,000 | - Line 6c, dependents<br>- Line 65 & Form 8812, additional child tax credit<br>- Line 66, education credit & Form 8863 |
| 26 | 3/19/13 | 2012 | 1040A | G.E. | $1,559 | - Line 40, education credit & Form 8863 |
| 27 | 2/28/13 | 2012 | 1040 | A.C. & M.C. | $6,186 | - Line 48 & Form 2241, childcare expenses<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sch. A, line 16, gifts to charity |
| 28 | 3/19/12 | 2011 | 1040 | F.C. | $3,755 | - Lines 49, 66 & Form 8863, education credits<br>Line 40a & Sch. A |
| 29 | 2/14/13 | 2012 | 1040 | F.C. | $1,664 | - Line 40a & Sch. A, line 16, gifts to charity |
| 30 | 4/6/10 | 2009 | 1040 | E.V. | $8,893 | - Line 12 & Sch. C<br>- Line 40a & Sch. A, line 16, gifts to charity<br>- Lines 49, 66 & Form 8863, education credits |

8

| Count | Date | Tax Year | Tax Form | Taxpayer(s) | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 31 | 4/11/11 | 2010 | 1040 | E.V. | $8,317 | - Line 12 & Sch. C<br>- Line 40a & Sch. A, line 16, gifts to charity<br>- Lines 49, 66 & Form 8863, education credits |
| 32 | 4/15/12 | 2011 | 1040 | E.V. | $7,612 | - Line 12 & Sch. C<br>- Line 40a & Sch. A, line 16, gifts to charity<br>- Lines 49, 66 & Form 8863, education credits |
| 33 | 4/7/13 | 2012 | 1040 | E.V. | $2,520 | - Line 40a & Sch. A, line 16, gifts to charity |
| 34 | 4/7/10 | 2009 | 1040 | E.F. & F.F. | $6,795 | - Line 17 & Sch. E<br>- Line 48 & Form 2241, childcare expenses<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sch. A, line 16, gifts to charity |
| 35 | 3/23/11 | 2010 | 1040 | E.F. & F.F. | $4,626 | - Line 17 & Sch. E<br>- Line 48 & Form 2241, childcare expenses<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sch. A, line 16, gifts to charity |
| 36 | 3/27/12 | 2011 | 1040 | E.F. & F.F. | $11,711 | - Line 17 & Sch. E<br>- Line 48 & Form 2241, childcare expenses<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sch. A, line 16, gifts to charity |
| 37 | 4/2/13 | 2012 | 1040 | E.F. & F.F. | $6,115 | - Line 17 & Sch. E<br>- Line 48 & Form 2241, childcare expenses<br>- Lines 49, 66 & Form 8863, education credits<br>- Line 40a & Sch. A, line 16, gifts to charity |

| Count | Date | Tax Year | Tax Form | Taxpayer(s) | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 38 | 3/18/14 | 2013 | 1040 | E.F. & F.F. | $5,645 | - Line 17 & Sch. E<br>- Line 48 & Form 2241, childcare expenses<br>- Line 40a & Sch. A, line 16, gifts to charity |
| 39 | 2/15/11 | 2010 | 1040A | G.G. | $8,425 | - Line 43, education credits & Form 8863<br>- Line 29 & Form 2441, childcare expenses |
| 40 | 1/31/12 | 2011 | 1040 | G.G. | $3,815 | - Line 66, education credits & Form 8863 |
| 41 | 2/17/13 | 2012 | 1040 | G.G. | $3,890 | - Line 66, education credits & Form 8863 |

All in violation of Title 26, United States Code, Sections 7206(2) and 2.

TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

Dana J. Boente
UNITED STATES ATTORNEY

By: _____
Katherine L. Wong
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams Office Building
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
Phone: 703-299-3700
Fax: 703-299-3981
Email: katherine.l.wong@usdoj.gov