# EXHIBIT 4



FILED
IN OPEN COURT

5

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:17-CR-115 |
| | ) |
| | ) Count 1: 18 U.S.C. § 371 |
| v. | ) (Conspiracy) |
| | ) |
| | ) Counts 2-28: 26 U.S.C. § 7206(2) |
| JOSE BENJAMIN MANLAPAZ, | ) (Aiding & Assisting in the Preparation of a |
| a/k/a Mr. Ben, | ) False Tax Return) |
| a/k/a Ben Manlapaz, | ) |
| (Counts 1-34) | ) Count 29: 18 U.S.C. § 1341 |
| | ) (Mail Fraud) |
| and | ) |
| | ) Count 30-34: 18 U.S.C. § 1343 |
| DIANA DELA CRUZ, | ) (Wire Fraud) |
| (Count 1) | ) |
| | ) Forfeiture |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

March 2018 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment, unless otherwise stated:

## INTRODUCTORY ALLEGATIONS

### I.    Persons, Entities and Terms

1.    Defendant JOSE BENJAMIN MANLAPAZ ("MR. BEN" or "MANLAPAZ") was the owner of JBM Financial Services ("JBM") with ultimate decision-making authority over JBM's policies and procedures.  MANLAPAZ was involved in training and supervising JBM's employees, who were responsible for tasks such as client intake, data entry for clients' federal

returns, collecting payments, and preparing draft responses to IRS audits and requests for information.

2.      Defendant DIANA DELA CRUZ ("DELA CRUZ") was a Phillipines national who lived in the Phillipines. DELA CRUZ oversaw and helped manage JBM's office in the Phillipines, which provided support and assistance to JBM's office in Falls Church, Virginia ("JBM Virginia Office"). DELA CRUZ regularly interacted with the JBM Virginia office via email and Skype, including to coordinate the creation of false and fraudulent documentation needed for different clients.

3.      JBM Financial Services ("JBM"), which also went by the name JBM Financial Group, was a Virginia Company that provided tax preparation and related services. JBM had offices in Falls Church, Virginia, in the Eastern District of Virginia and in the Phillipines. The operations of JBM were divided among the front office, data entry, and back office.

4.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

5.      MANLAPAZ had a Preparer Tax Identification Number ("PTIN"), issued by the IRS, which authorized him to prepare federal income tax returns on behalf of third parties for filing with the IRS. From a date unknown, but by at least 2009, MANLAPAZ directed employees of JBM to apply for and obtain PTINs, which MANLAPAZ intend to use to file returns for clients of JBM.

6.      MANLAPAZ had an Electronic Filing Identification Number ("EFIN") issued by the IRS, which authorized him to electronically file federal income tax returns with the IRS on

2

behalf of third parties. After MANLAPAZ's EFIN was revoked in June 2013, JBM began filing most client returns by United States mail.

7.     Pursuant to the Internal Revenue Code and the Treasury Regulations promulgated thereunder, individual taxpayers were generally required to report their income, deductible expenses and tax liabilities on a U.S. Individual Income Tax Return, Form 1040 ("Form 1040"), which was required to be filed with the IRS.

8.     A Schedule C was a form filed with a Form 1040 to report the profit or loss generated from an individual's solely owned business, provided that the business was not a corporation.

9.     The Earned Income Credit ("EIC") was a refundable tax credit available to certain taxpayers with limited earned income. The EIC was calculated based on multiple variables including, among others, the taxpayer's income, marital status, filing status, and number of qualifying children. A "qualifying child" was a dependent of the taxpayer who met specific eligibility criteria, including time residing with the taxpayer, relationship to the taxpayer, age, and disability. The criteria included a requirement that the child live at least one-half of the year (one year if an eligible foster child) in the taxpayer's home. Additionally, the child was required to be related by blood, legally adopted, or an eligible foster child of the taxpayer. Additional qualifying children could increase the amount of EIC. A particular range of income for the taxpayer maximizes the amount of the EIC, after which additional income would cause the amount of the EIC to decline.

10.     The American Opportunity Credit ("AOC") was a tax credit for incurred undergraduate college education expenses, which could provided up to $2,500 in tax credits on the first $4,000 of "qualifying educational expenses," which could include course materials and tuition paid for by the taxpayer. "Qualifying educational expenses" did not include expenses paid for with tax-

3

free education assistance, such as scholarship, grants or employer assistance. Among other requirements, the taxpayer or taxpayer's dependent claiming the credit had to be enrolled at least half-time in a college, university or otherwise accredited post-secondary educational institution ("school").

11.    Schools were required to file a Form 1098-T, Tuition Statement, for each enrolled student from whom the schools received qualified tuition and related expenses. To claim the American Opportunity Credit, the taxpayer was required to include the pertinent student's Form 1098-T with the Form 1040.

12.    A Form 8863, Education Credits (American Opportunity and Lifetime Learning Credits), was a form filed with a Form 1040 to calculate and claim eligibility for education credits, including the American Opportunity Credit.

13.    The Credit for Child and Dependent Care Expenses ("Child and Dependent Care Credit") was a credit for qualified expenses paid for the care of dependent children thirteen years old or younger while the taxpayer worked or looked for work. Taxpayers could claim up to $3,000 in qualifying expenses actually incurred per dependent child, up to a total of $6,000.

14.    A Form 2441, Child and Dependent Care Expenses, was a form filed with a Form 1040 to calculate and claim eligibility for child and dependent care expenses.

15.    On or about August 2013, Special Agents with IRS-CI executed a search warrant at JBM's office in Falls Church, Virginia, during which special agents seized client files, electronics, and interviewed JBM employees and clients ("2013 search"). MANLAPAZ was provided with a copy of the search warrant. After the search warrant, returns prepared by JBM no longer listed MANLAPAZ or JBM in the "paid preparer" section, instead it was left blank thus making the returns appear self-prepared. To the extent that returns prepared by JBM were

4

filed electronically, these returns did not list MANLAPAZ or JBM as the preparer, but instead appeared to be self-prepared or used the PTIN of a JBM employee.

16.     In August 2016, MANLAPAZ attended a meeting at the U.S. Attorney's Office in Alexandria, Virginia, in the Eastern District of Virginia ("August 2016 meeting"). During the meeting, MANLAPAZ was told that he was under criminal investigation based on the falsification of items on JBM client tax returns, including education and childcare credits, Schedule C and As, and false dependents. MANLAPAZ was warned about possible criminal penalties for the preparation of false tax returns, including prosecution for aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2). MANLAPAZ continued to own and operate JBM after the August 2016 meeting.

17.     The allegations in paragraphs 1 through 16 are realleged and re-incorporated in each Count of this Indictment as if set forth fully therein.

**COUNT 1**
**(Conspiracy)**

THE GRAND JURY FURTHER CHARGES THAT:

**I.      The Conspiracy**

18.     From a date unknown to the Grand Jury, but by at least 2007 through at least in or about

May 2017, in the Eastern District of Virginia and elsewhere, the defendants JOSE BENJAMIN

MANLAPAZ, DIANA DELA CRUZ, and others known and unknown to the grand jury, did

unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree

together and with each other:

A.      To defraud the United States for the purpose of impeding, impairing, obstructing

and defeating the lawful government functions of the IRS in the ascertainment,

computation, assessment, and collection of federal income taxes;

B.      To commit offenses against the United States, to wit, mail fraud and wire fraud, in

violation of Title 18, United States Code, Sections 1341 and 1343.

**II.     Objects of the Conspiracy**

19.     Defraud the IRS by preparing, and aiding and assisting, in the preparation and

presentation of false and fraudulent federal individual income tax returns, IRS letters and

supporting documentation.

20.     Enrich members of the conspiracy through the filing of false returns for conspirators

and/or fees charged to JBM clients including for tax return preparation and audit defense.

**III.    Manner and Means**

21.     Among the manner and means by which the defendants and their co-conspirators carried

out the conspiracy were the following:

6

A.  Filed and caused to be filed false and fraudulent individual federal income tax returns.

B.  Train others as to the policies and procedures of JBM, including the manner and degree to which client data should be falsified in preparing federal tax returns.

C.  Falsify, add, or inflate items on clients' federal tax returns, including but not limited to filing status, dependents, tax credits for education and child and dependent care, EIC, medical expenses and charitable deductions, Schedule Cs, and expenses on Schedule Es.

D.  Use and maintain lists, such as of qualified educational institutions, to add false credits and deductions during the data entry process for client tax returns.

E.  File or caused to be filed false and fraudulent individual federal income tax returns electronically and via mail that claimed refunds to which the taxpayers were not entitled.

F.  Use the United States Postal Service in furtherance of the conspiracy and scheme to defraud, including to send documents, tax returns, W-7s, and responses to IRS letters to and from the Eastern District of Virginia.

G.  Collect fees from clients, with the fee amount based on the claimed refund and number of falsified items on the return.

H.  Instruct clients to call JBM, not the IRS, if the IRS tax authorities request for information or send an audit notice.

I.  Create false and fraudulent documents, including Forms 1098-T and receipts, to respond to IRS audits and requests for information.

J.  Charge clients an additional fee to respond to IRS tax authorities audits or requests for information.

K.  Prepare and submit, or cause the submission of, false responses ("IRS Letters") by mail, including the United States Postal Service, to inquiries, proposed adjustments or audits of the IRS tax authorities, often accompanied by false and fabricated supporting documentation created by JBM.

L.  Falsify or "close" client records by altering client files after-the-fact to list false items added or inflated by JBM on the clients' returns, thereby making it appear that the false or inflated items was information provided by the clients.

M.  After August 2013, conceal JBM and MANLAPAZ's preparation of false and fraudulent individual federal tax returns and IRS letters by removing identifying information from the "paid preparer" section of tax returns filed electronically or by mail, and by mailing items without any sender information.

N.  Enrich members of the conspiracy by filing false and fraudulent individual federal income tax returns that claimed refunds to which that conspirator was not entitled.

### IV.  Overt Acts

22.  In furtherance of the conspiracy, and to effect the objects thereof, members of the conspiracy, and others known and unknown to the Grand Jury, committed the following overt acts below, among others, in the Eastern District of Viriginia and elsewhere:

A.  MANLAPAZ caused the filing of each of the tax returns as set forth in Counts 2 through 28 in Paragraph 23 below, with each count constituting a separate overt act.

B.  MANLAPAZ caused the mailing set forth in Count 29 in Paragraph 28.

C.  MANLAPAZ and DELA CRUZ caused the wire transmissions set forth in Counts

30 through 34 in Paragraph 33 below, with each count constituting a separate

overt act.

D.  On or about January 2011, MANLAPAZ caused the filing of false and fraudulent

Forms 1040A for A.E. for the 2009 and 2010 tax years, which both claimed

refunds of $1,000.

E.  Between in or about February 2011 and in or abou January 2012, MANLAPAZ

caused the filing of false and fraudulent Forms 1040 for G.G. for the 2010 and

2011 tax years.

F.  On or about March 23, 2011, MANLAPAZ caused the filing of a false and

fraudulent Form 1040 for E.F. & F.F. for the 2010 tax year, which claimed a

refund of $4,626.

G.  On or about April 3, 2011, MANLAPAZ caused the filing of a false and

fraudulent Form 1040 in the name of E.C. for the 2010 tax year, which claimed a

refund of $6,919.

H.  Between in or about June 2011 and in or about August 2011, MANLAPAZ

caused the filing of false and fraudulent Forms 1040A in the name of DELA

CRUZ for the 2009 and 2010 tax years, which both claimed refunds of $1,000.

I.  On or about July 11, 2011, MANLAPAZ forwarded to DELA CRUZ an email

from JBM client M.V., who had sent Philippines passport pictures of the

individuals that would be added as dependents to her tax return.

J.      On or about January 22, 2012, MANLAPAZ caused the filing of a false and fraudulent Form 1040X for A.E. for the 2010 tax year, which claimed a refund of $1,935.

K.      On or about March 9, 2012, DELA CRUZ sent MANLAPAZ an email with "Sample 1098T templates."

L.      In or about March 2012, MANLAPAZ caused the filing of false and fraudulent Forms 1040 for F.C. for the 2011 and 2012 tax years.

M.      On or about April 9, 2012, MANLAPAZ caused the filing of a false and fraudulent Form 1040 in the names of E.V. and M.V. for the 2011 tax year, which claimed a refund of $3,067.

N.      On or about April 24, 2012, MANLAPAZ caused the filing of a false and fraudulent Form 1040A in the name of DELA CRUZ for the 2011 tax year, which claimed a refund of $1,000.

O.      On or about May 7, 2012, MANLAPAZ caused the filing of a false and fraudulent Form 1040X in the name of L.C. for the 2011 tax year, which claimed a refund of $2,610.

P.      On or about March 20, 2012, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for E.C. for the 2011 tax year, which claimed a refund of $7,785.

Q.      On or about February 17, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for G.G. for the 2012 tax year, which claimed a refund of $3,890.

R.    On or about March 19, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for G.E. for the 2012 tax year, which claimed a refund of $1,559.

S.    On or about March 27, 2013, DELA CRUZ directed R.P. to create "school templates" based on the attached Forms 1098-T.

T.    On or about April 2, 2013, MANLAPAZ caused the preparation of a false and fraudulent Form 1040 for A.E. for the 2012 tax year, which claimed a refund of $3,000.

U.    On or about April 2, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for E.F. & F.F. for the 2012 tax year, which claimed a refund of $6,115.

V.    On or about April 7, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for E.C. for the 2012 tax year, which claimed a refund of $2,520.

W.    On or about April 7, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 for E.V. for the 2012 tax year, which claimed a refund of $2,520.

X.    On or about April 11, 2013, DELA CRUZ sent an email with purported receipts for JBM clients O.B. and C.B., who were being audited by the IRS.

Y.    On or about April 11, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 in the name of O.B. & C.B. for the 2012 tax year, which claimed a refund of $20,908.

Z.     On or about April 13, 2013, MANLAPAZ caused the preparation of a draft IRS Letter for R.A. responding to an IRS request for a copy of his wife's Form 1098-T.

AA.     On or about April 15, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040 in the names of E.V. and M.V. for the 2012 tax year, which claimed a refund of $5,365.

BB.     On or about April 17, 2013, MANLAPAZ caused the filing of a false and fraudulent Form 1040A in the name of DELA CRUZ for the 2012 tax year, which claimed a refund of $1,000

CC.     On or about April 17, 2013, DELA CRUZ emailed R.P. corrections to the Montgomery College Form 1098-T templates for 2013.

DD.     On or about April 30, 2013, MANLAPAZ gave JBM employees instructions at a staff meeting, including that if a client was an "a*****e," that employees should not "put a school however if they are nice, do put a school."

EE.     Beginning on a date unknown, but by at least 2014 and continuing through May 2017, MANLAPAZ directed and caused JBM employees to remove MANLAPAZ and JBM's information from the "paid preparer" section of federal tax returns prepared by JBM.

FF.     Beginning on a date unknown, but by at least 2014 and continuing through May 2017, MANLAPAZ directed and caused JBM employees to have clients sign tax returns and IRS letters prepared by JBM.

GG.     On or about December 2015, MANLAPAZ and DELA CRUZ caused the creation of a false and fraudulent Form 1098-T and IRS Letter for JBM client M.Z.

12

HH.    On or about August 10, 2016, MANLAPAZ caused JBM client A.G.'s debit card to be charged $160 for preparation of an IRS Letter responding to an inquiry from the IRS regarding A.G.'s 2014 tax return.

II.    On or about October 2016, MANLAPAZ caused the preparation of false and fraudulent Forms W-7 and a Form 1040X for the 2015 tax year for client A.G.

JJ.    On or about January 28, 2017, MANLAPAZ caused JBM client Y.M.'s debit card to be charged $695 for the preparation of Y.M.'s 2016 tax returns.

(All in violation of Title 18, United States Code, Section 371.)

## COUNTS 2-28
### (Aiding and Assisting in the Preparation of False Tax Returns)

THE GRAND JURY FURTHER CHARGES THAT:

23. On or about the date set forth in the chart below, in the Eastern District of Virginia and elsewhere, the defendant JOSE BENJAMIN MANLAPAZ did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of each of the following U.S. Individual Income Tax Returns. These returns were each false and fraudulent as to the following material matters, in that they each claimed that the taxpayer was entitled to a refund in the amount shown below, as well as claimed that the taxpayer was entitled to various credits and/or deductions, whereas as the defendant then and there knew, the taxpayer was not entitled to a refund in the claimed amount and the following items were false:

| Count | Date | Tax Year | Tax Form | Taxpayer | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 2 | 6/1/10 | 2009 | 1040 | O.B. & C.B. | $35,635 | - Sch. E, rental real estate<br>- Sch. A, line 19, gifts to charity |
| 3 | 4/4/11 | 2010 | 1040 | O.B. & C.B. | $28,953 | - Sch. E, rental real estate<br>- Sch. A, line 19, gifts to charity |
| 4 | 4/6/12 | 2011 | 1040 | O.B. & C.B. | $28,571 | - Sch. E, rental real estate<br>- Sch. A, line 19, gifts to charity |
| 5 | 5/29/10 | 2009 | 1040 | E.C. | $8,228 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 51, child tax credit |
| 6 | 3/21/13 | 2012 | 1040 | E.C. | $7,239 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Line 51, child tax credit<br>- Form 8863, education credits<br>- Line 66, AOC |
| 7 | 3/31/17 | 2016 | 1040 | E.C. | $8,394 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Sch. C, profit or loss from business<br>- Form 8863, education credits<br>- Line 68, AOC |
| 8 | 3/31/17 | 2016 | 1040 | A.C. | $5,000 | - Line 4, filing status<br>- Line 6(c), dependents<br>- Form 8863, education credits |

| Count | Date | Tax Year | Tax Form | Taxpayer | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| | | | | | | - Line 44, AOC |
| 9 | 2/10/11 | 2010 | 1040 | L.C. | $3,515 | - Sch. C, profit or loss from business |
| 10 | 2/12/12 | 2011 | 1040A | L.C. | $4,977 | - Form 8863, education credits<br>- Line 40, AOC |
| 11 | 2/28/13 | 2012 | 1040A | L.C. | $8,492 | - Line 6c, dependents<br>- Form 8812, additional child tax credit<br>- Form 8863, education credits<br>- Line 40, AOC |
| 12 | 4/22/10 | 2009 | 1040 | E.V. & M.V. | $8,215 | - Sch. E, rental real estate<br>- Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 66, AOC |
| 13 | 4/13/11 | 2010 | 1040 | E.V. & M.V. | $4,191 | - Sch. E, rental real estate<br>- Sch. A, line 19, gifts to charity |
| 14 | 2/28/13 | 2012 | 1040 | A.C. & M.C. | $6,186 | - Form 2241, childcare expenses<br>- Form 8863, education credits<br>- Line 66, AOC<br>- Sch. A, line 19, gifts to charity |
| 15 | 4/6/10 | 2009 | 1040 | E.V. | $8,893 | - Sch. C, profit or loss from business<br>- Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 66, AOC |
| 16 | 4/11/11 | 2010 | 1040 | E.V. | $8,317 | - Sch. C, profit or loss from business<br>- Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 66, AOC |
| 17 | 4/7/10 | 2009 | 1040 | E.F. & F.F. | $6,795 | - Form 2241, childcare expenses<br>- Form 8863, education credits<br>- Line 66, AOC<br>-Sch. A, line 19, gifts to charity |
| 18 | 3/27/12 | 2011 | 1040 | E.F. & F.F. | $11,711 | - Sch. E, rental real estate<br>- Form 2241, childcare expenses<br>- Form 8863, education credits<br>- Line 66, AOC<br>- Sch. A, line 19, gifts to charity |
| 19 | 3/18/14 | 2013 | 1040 | E.F. & F.F. | $5,645 | - Sch. E, rental real estate<br>- Form 2241, childcare expenses<br>- Sch. A, line 19, gifts to charity |

| Count | Date | Tax Year | Tax Form | Taxpayer | Claimed Refund | False Items, Credits and Deductions |
|---|---|---|---|---|---|---|
| 20 | 3/7/16 | 2015 | 1040 | F.C. & S.R. | $5,369 | - Line 7, wages, salaries, tips, etc.<br>- Sch. C, profit or loss from business<br>- Form 2241, childcare expenses<br>- Form 8863, education credits<br>- Line 68, AOC |
| 21 | 4/4/14 | 2013 | 1040 | M.Z. | $6,854 | - Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 66, AOC |
| 22 | 3/16/15 | 2014 | 1040 | M.Z. | $8,196 | - Sch. A, line 1, medical and dental expenses,<br>- Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 68, AOC |
| 23 | 2/19/16 | 2015 | 1040 | M.Z. | $5,894 | - Sch. A, line 1, medical and dental expenses<br>- Sch. A, line 19, gifts to charity |
| 24 | 2/22/14 | 2013 | 1040 | A.G. | $3,194 | - Sch. C, profit or loss from business<br>- Form 8863, education credits<br>- Line 66, AOC |
| 25 | 4/9/15 | 2014 | 1040 | A.G. | $5,357 | - Sch. C, profit or loss from business<br>- Sch. A, line 1, medical and dental expenses<br>- Sch. A, line 19, gifts to charity<br>- Form 8863, education credits<br>- Line 68, AOC |
| 26 | 4/12/17 | 2016 | 1040 | A.G. | $4,304 | - Sch. C, profit or loss from business<br>- Form 8863, education credits<br>- Line 68, AOC |
| 27 | 2/2/14 | 2013 | 1040 | L.C. & M.C. | $5,333 | - Dependents<br>- Line 65, additional child tax credit<br>- Form 8863, education credits<br>- Line 66, AOC |
| 28 | 2/10/17 | 2016 | 1040 | L.C. & M.C. | $9,481 | - Sch. C, profit or loss from business<br>- Form 2241, childcare expenses<br>- Form 8863, education credits<br>- Line 68, AOC |

(All in violation of Title 26, United States Code, Sections 7206(2) and 2.)

## COUNT 29
### (Mail Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

### I.     The Scheme

24.    From a date unknown to the Grand Jury but by at least on or about 2007 through at least in or about May 2017, in the Eastern District of Virginia and elsewhere, the defendant JOSE BENJAMIN MANLAPAZ, having knowingly devised a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations and material omissions, the defendant knowingly placed and caused to be placed in an authorized depository for mail and to be sent and delivered by the United States Postal Service the following matters and things set forth below, for the purpose of executing such scheme and artifice to defraud.

### II.     Objects of the Scheme

25.    Defraud the IRS by preparing, and aiding and assisting, in the preparation and presentation of false and fraudulent federal individual income tax returns, IRS letters and supporting documentation.

26.    Enrich members of the scheme through the filing of false returns for members and/or fees charged to JBM clients including for tax return preparation and audit defense.

### III.     Manner and Means

27.    The scheme and artifice to defraud are more fully described in paragraphs 21 and 22 of this Indictment, which are realleged and incorporated as if fully set forth herein.

### IV.     Mailings in Furtherance

28.    On or about the dates shown below, in the Eastern District of Virginia and elsewhere, the defendant JOSE BENJAMIN MANLAPAZ, for the purpose of executing the scheme and artifice

17

to defraud, and to aid and abet the same, knowingly placed and caused to be placed in an authorized depository for mail and to be sent and delivered by the United Staets Postal Service the following matters and things as described for each count below:

| Count | Date | Description of Mailing |
|-------|------|------------------------|
| 29 | 10/19/16 | Letter to IRS with false and fraudulent Form 1098-T for client A.G. |

(All in violation of Title 18, United States Code, Sections 1341 and 2.)

## COUNTS 30-34
### (Wire Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

### I.   The Scheme

29.   From a date unknown to the Grand Jury but by at least on or about 2007 through at least on or about 2017, in the Eastern District of Virginia and elsewhere, JOSE BENJAMIN MANLAPAZ, and others known and unknown to the Grand Jury, having knowingly devised a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations and material omissions, caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals and sounds, for the purpose of executing such scheme and artifice to defraud.

### II.   Objects of the Scheme

30.   Defraud the IRS by preparing, and aiding and assisting, in the preparation and presentation of false and fraudulent federal individual income tax returns, IRS letters and supporting documentation.

31.   Enrich members of the scheme through the filing of false returns for members and/or fees charged to JBM clients including for tax return preparation and audit defense.

### III.   Manner and Means

32.   The scheme and artifice to defraud are more fully described in paragraphs 21 and 22 of this Indictment, which are realleged and incorporated as if fully set forth herein.

### IV.   Wire Communications in Furtherance

33.   On or about the dates shown below, in the Eastern District of Virginia and elsewhere, defendant JOSE BENJAMIN MANLAPAZ, for the purpose of executing the scheme and artifice to defraud, and to aid and abet the same, transmitted and caused to be transmitted by means of

19

wire communications in interstate commerce writings, signs, signals and sounds as described for each count below:

| Count | Date | Description of Wire |
|-------|------|---------------------|
| 30 | 3/29/13 | Email from MANLAPAZ to JBM employee E.Q. to "ask diana for the new receipts" for S.B. |
| 31 | 4/9/13 | Email from JBM employee E.Q. to DELA CRUZ about making some adjustments to a Form 1098-T for R.H. because "it doesn't look legit" |
| 32 | 4/12/13 | Email from DELA CRUZ to JBM employees P.M. and EQ. about IRS letter for R.P. |
| 33 | 4/13/13 | Email from DELA CRUZ to JBM employee E.Q. with copy of Form 1098-T for B.A. |
| 34 | 5/14/13 | Email from JBM employee E.Q. to DELA CRUZ telling DELA CRUZ to call Mr. Ben (MANLAPAZ) about Form 1098-T for T.J. |

(All in violation of Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE NOTICE

THE GRAND JURY ALSO FINDS PROBABLE CAUSE THAT:

34.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant(s) are also notified that, if convicted of any of the conspiracy, wire fraud or mail fraud offenses alleged in Counts 1-34 above, those defendant(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, including, but not limited to, the following property:

A.    A sum of money, in the amount of at least $2.4 million dollars in United States currency, which represents the amount of proceeds obtained as a result of the violations of 18 U.S.C. §§ 1341, 1343 and 371 from Counts 1-33.

B.    The following personal property:

i.    $1,340,670 in cash seized from Wells Fargo safe deposit boxes 750 and 755 in the name of Jose Benjamin Manlapaz

C.    The following financial accounts:

i.    Wells Fargo accounts 3344469865 and 9303179718, in the name of JBM FINANCIAL SERVICES LLC

35.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by 28 U.S.C. § 2461(c), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 34 above, if, by any act or omission of the defendant, the property described in the subparagraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

21

(Pursuant to 18 U.S.C. § 981, 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

TR̶U̶E̶ ̶B̶I̶L̶L̶ Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By:   _____
Katherine L. Wong
Kimberly R. Pedersen
Assistant United States Attorneys
United States Attorney's Office
Justin W. Williams Office Building
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
Phone: 703-299-3700
Fax: 703-299-3981
Email: katherine.l.wong@usdoj.gov