# EXHIBIT 5

FILED
IN OPEN COURT

**20 2018**

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BENJAMIN MANLAPAZ, | ) | Case No. 1:17-CR-115-AJT |
| | ) | |
| Defendant. | ) | |

### VERDICT FORM

### Count 1

With respect to Count 1, conspiracy, in violation of Section 371 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____ (AR)          Guilty ___✓___

Before you may find the Defendant, **Jose Benjamin Manlapaz**, guilty of conspiracy as charged in Count 1, you must unanimously find that the government has proven beyond a reasonable doubt at least one of the following three charged objects of the conspiracy:

1) Do you unanimously find that the government has proven beyond a reasonable doubt that to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes was an object of the conspiracy?

Yes ___✓___          No _____

2) Do you unanimously find that the government has proven beyond a reasonable doubt that to commit mail fraud was an object of the conspiracy?

Yes ___✓___          No _____

1

3) Do you unanimously find that the government has proven beyond a reasonable doubt that to commit wire fraud was an object of the conspiracy?

Yes ___✓___                    No _____

## Count 2

With respect to Count 2, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ___✓___

## Count 3

With respect to Count 3, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ___✓___

## Count 4

With respect to Count 4, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ___✓___

## Count 5

With respect to Count 5, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ___✓_____

## Count 6

With respect to Count 6, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ___✓_____

## Count 7

With respect to Count 7, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ___✓_____

3

## Count 8

With respect to Count 8, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 9

With respect to Count 9, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 10

With respect to Count 10, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not _____          Guilty ____✓____

4

## Count 11

With respect to Count 11, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____ ✓

## Count 12

With respect to Count 12, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____ ✓

## Count 13

With respect to Count 13, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____ ✓

5

## Count 14

With respect to Count 14, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ___✓___

## Count 15

With respect to Count 15, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ___✓___

## Count 16

With respect to Count 16, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    · Guilty ___✓___

## Count 17

With respect to Count 17, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ____✓____

## Count 18

With respect to Count 18, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ____✓____

## Count 19

With respect to Count 19, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty ____✓____

7

## Count 20

With respect to Count 20, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____        Guilty \_\_✓_____

## Count 21

With respect to Count 21, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____        Guilty \_\_✓_____

## Count 22

With respect to Count 22, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____        Guilty \_\_✓_____

## Count 23

With respect to Count 23, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____✓_____

## Count 24

With respect to Count 24, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____✓_____

## Count 25

With respect to Count 25, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty _____✓_____

## Count 26

With respect to Count 26, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty __✓_____

## Count 27

With respect to Count 27, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty__✓_____

## Count 28

With respect to Count 28, aiding and assisting in the preparation of a false tax return, in violation of Section 7206(2) of Title 26 and Section 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____                    Guilty __✓_____

## Count 29

With respect to Count 29, mail fraud, in violation of Sections 1341 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 30

With respect to Count 30, wire fraud, in violation of Sections 1343 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 31

With respect to Count 31, wire fraud, in violation of Sections 1343 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 32

With respect to Count 32, wire fraud, in violation of Sections 1343 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty ____✓____

## Count 33

With respect to Count 33, wire fraud, in violation of Sections 1343 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty __✓_____

## Count 34

With respect to Count 34, wire fraud, in violation of Sections 1343 and 2 of Title 18 of the United States Code, We, the Jury, find the Defendant, **Jose Benjamin Manlapaz**:

Not Guilty _____          Guilty __✓_____

So say we all this _20_ day of _June_ , 2018.

redacted

_____