**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 1:18-cv-00940-TSE-IDD ) |
| v. | ) ) |
| JBM FINANCIAL SERVICES, LLC d/b/a JBM FINANCIAL GROUP, JOSE BENJAMIN MANLAPAZ, and INFANT CHILD & ADOLESCENT CLINIC, INC. | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Travelers Casualty and Surety Company of America hereby discloses as follows:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.

1

Dated:  July 31, 2017

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA

*/s/ Michael E. Barnsback*
Michael E. Barnsback (VSB No. 33113)
O'HAGAN MEYER, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601
mbarnsback@ohaganmeyer.com
*Counsel for Travelers Casualty and Surety Company of*
*America*

2