Reset Form          Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _1:18-cv-00940___, Case Name _Travelers v. JBM Financial, et al._

Party Represented by Applicant: _Plaintiff Travelers Casualty and Surety Co. of America_

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _Christopher James Bannon_
Bar Identification Number _6196298_          State _Illinois_
Firm Name _Aronberg Goldgehn Davis & Garmisa_
Firm Phone # _312-828-9600_          Direct Dial # _312-755-3175_          FAX # _312-222-6375_
E-Mail Address _cbannon@agdglaw.com_
Office **Mailing** Address _330 North Wabash Avenue, Suite 1700, Chicago, IL 60611_

Name(s) of federal court(s) in which I have been admitted _U.S. District Courts - Northern District of IL; Central District of IL; Southern District of IL; Northern District of IN; Eastern District of WI. U.S. Court of Appeals - Fourth, Seventh and Eleventh Circuits._

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          _8-3-2018_
(Signature)                                         (Date)

_Michael E. Barnsback_                       _33113_
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____
(Judge's Signature)

_____
(Date)