AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:18-cv-00940 |
| JBM FINANCIAL SERVICES, LLC d/b/a JBM FINANCIAL GROUP, JOSE BENJAMIN MANLAPAZ, and INFANT CHILD & ADOLOSCENT CLINIC, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jose Benjamin Manlapaz
JBM Financial Services, LLC
6201 Leesburg Pike, Suite 218
Falls Church, VA  22044

Currently incarcerated at William G. Truesdale Adult Detention Center

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael E. Barnsback
O'Hagan Meyer
2560 Huntington Ave
Suite 204
Alexandria, VA  22303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/06/2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:18-cv-00940

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 2003 Mill Rd. (VA)

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 2003 Mill Rd, Alexandria VA 22314
_____ on *(date)* 081318 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  081318 _____

_____
Server's signature

J. Guzman 701 Master Deputy
Printed name and title

520 King St. #308, Alexandria VA 22314
Server's address

Additional information regarding attempted service, etc: