IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA )
)
)
Plaintiff, )
) Case No. 1:18-cv-00940-TSE-IDD
)
)
v. )
)
JBM FINANCIAL SERVICES, LLC d/b/a JBM )
FINANCIAL GROUP, JOSE BENJAMIN )
MANLAPAZ, and INFANT CHILD )
& ADOLESCENT CLINIC, INC. )
)
Defendants. )

## STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT INFANT CHILD & ADOLESCENT CLINIC, INC. PURSUANT TO FRCP 41(a) AND FOR BINDING EFFECT OF JUDGMENT

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and defendant Infant Child & Adolescent Clinic, Inc. ("ICACI"), pursuant to FRCP 41(a), enter into the following stipulation:

1.      Travelers issued to JBM Financial Services, LLC d/b/a JBM Financial Group ("JBM") a 1st Choice+ Accountants Professional Liability Coverage Policy No. 106682086, effective of February 4, 2017 through February 4, 2018 (the "Policy").

2.      In December 2017, an attorney representing ICACI notified Travelers of a claim by ICACI against JBM arising out of JBM's allegedly negligent performance of professional services between 2008 and 2016 (the "ICACI Claim").

3.      On July 30, 2018, Travelers filed this action seeking rescission of the Policy and a declaration that the Policy is void from its inception. In this action, Travelers also seeks a

declaration that Travelers has no obligation to defend and indemnify JBM in connection with the ICACI Claim.

4.     Travelers and ICACI stipulate and agree that ICACI shall be fully bound by any judgment for rescission of the Policy, and any declaration that Travelers has no obligation to defend or indemnify JBM against any claim or action asserted against it, as if ICACI had remained a party to this action and litigated all matters through judgment.  Any judgment for rescission of the Policy, and any declaration that Travelers is not required to indemnify JBM for any claim or action asserted against JBM, entered in this action shall satisfy all requirements for the application of the doctrines of collateral estoppel, *res judicata*, issue preclusion and/or claim preclusion so as to preclude and bar any claim by or on behalf of ICACI, and its agents or successors-in-interest, for coverage under, or payment from, the Policy.

5.     In light of ICACI's stipulation and agreement to be bound, as set forth in paragraph 4 of this stipulation, Travelers and ICACI hereby stipulate and agree to the dismissal of ICACI, only, in this action, pursuant to FRCP 41(a) and without prejudice, with each party bearing its own costs, expenses and attorneys' fees.

6.     This Stipulation shall not operate as a dismissal of any other parties or claims in this action, and Travelers' Complaint for Rescission and Declaratory Judgment shall remain pending as to all remaining defendants.

(SIGNATURE PAGE FOLLOWS)

2

SO STIPULATED this 9th day of Sept, 2018:

CHILD & ADOLESCENT CLINIC, INC.

By: _____

Printed Name: Eleazar K. Fermin

Its: VP Business Manager

_____
Lawrence J. Eisenberg
Lawrence J. Eisenberg, P.C.
6500 Rock Spring Drive, Suite 500
Bethesda, Maryland 20817
(ph) 301-214-7070
larry@ljelawgroup.com
*Attorney for Infant Child & Adolescent Clinic, Inc.*

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

By: _____
Michael E. Barnsback  (VSB No. 33113)
O'Hagan Meyer
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(ph) 703-775-8601
(fax) 804-403-7110
mbarnsback@ohaganmeyer.com

and

Christopher J. Bannon (admitted *pro hac vice*)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, Illinois 60611
(ph) 312-755-3175
(fax) 312-222-6375
cbannon@agdglaw.com

*Attorneys for Plaintiff Travelers Casualty and Surety
Company of America*
2201823

3