IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA )
)
Plaintiff, )
) Case No. 1:18-cv-00940-TSE-IDD
)
v. )
)
JBM FINANCIAL SERVICES, LLC d/b/a JBM )
FINANCIAL GROUP, JOSE BENJAMIN )
MANLAPAZ, and INFANT CHILD )
& ADOLESCENT CLINIC, INC. )
)
Defendants. )

## DECLARATION IN SUPPORT ENTRY OF DEFAULT AGAINST DEFENDANT JBM FINANCIAL SERVICES, LLC

I, Michael E. Barnsback, Esq., hereby state and affirm under penalty of perjury as follows:

(1)    I am an attorney licensed to practice in the Commonwealth of Virginia (Virginia Bar No. 33113) and admitted to practice in this Court.

(2)    I am counsel of record for Plaintiff Travelers Casualty and Surety Company of America ("Travelers") in this matter.

(3)    On July 30, 2018, Travelers filed its Complaint seeking rescission of an insurance policy that Travelers issued to Defendant JBM Financial Services, LLC ("JBM") and a declaratory judgment that Travelers has no duty to defend JBM and Jose Benjamin Manlapaz in connection with a liability claim made against them by Infant Child & Adolescent Clinic, Inc. ("ICACI").  Dkt. No. 1.

(4)     On August 6, 2018, the Clerk of this Court issued a summons for service upon JBM.  Dkt. No. 6.

(5)     On August 13, 2018, a copy of the Complaint and the summons were served by the Sheriff's Department for the City of Alexandria, Virginia, upon the registered agent for JBM, Jose Benjamin Manlapaz, at 2003 Mill Road, Alexandria, Virginia, where Mr. Manlapaz is currently incarcerated.  Dkt. No. 8.

(6)     As provided by Rule 12, Fed.R.Civ.P. JBM was required to file a response to the Complaint within 21 days of service.  The response in this matter was due by September 4, 2018, as the twenty-first day fell on the Labor Day holiday.

(7)     As of October 5, 2018, JBM has failed to file a response to the Complaint.


I declare under the penalty of perjury that the foregoing is true and accurate.

_Michael E. Barnsback_

Michael E. Barnsback, Esq.
(Virginia Bar No. 33113)

Date: 10-5-2018

2