## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>              Plaintiff,<br><br>v.<br><br>JBM FINANCIAL SERVICES, LLC d/b/a JBM FINANCIAL GROUP, JOSE BENJAMIN MANLAPAZ, and INFANT CHILD & ADOLESCENT CLINIC, INC.<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 1:18-cv-00940-TSE-IDD |

### DECLARATION IN SUPPORT ENTRY OF DEFAULT
### AGAINST DEFENDANT JOSE BENJAMIN MANLAPAZ

I, Michael E. Barnsback, Esq., hereby state and affirm under penalty of perjury as follows:

(1)     I am an attorney licensed to practice in the Commonwealth of Virginia (Virginia Bar No. 33113) and admitted to practice in this Court.

(2)     I am counsel of record for Plaintiff Travelers Casualty and Surety Company of America ("Travelers") in this matter.

(3)     On July 30, 2018, Travelers filed its Complaint seeking rescission of an insurance policy that Travelers issued to Defendant JBM Financial Services, LLC ("JBM") and a declaratory judgment that Travelers has no duty to defend JBM and Jose Benjamin Manlapaz in connection with a liability claim made against them by Infant Child & Adolescent Clinic, Inc. ("ICACI").  Dkt. No. 1.

(4)    On August 6, 2018, the Clerk of this Court issued a summons for service upon Mr. Manlapaz.  Dkt. No. 6.

(5)    On August 13, 2018, a copy of the Complaint and the summons were served by the Sheriff's Department for the City of Alexandria, Virginia, upon Mr. Manlapaz, at 2003 Mill Road, Alexandria, Virginia, where he is currently incarcerated.  Dkt. No. 9.

(6)    As provided by Rule 12, Fed.R.Civ.P. Mr. Manlapaz was required to file a response to the Complaint within 21 days of service.  The response in this matter was due by September 4, 2018, as the twenty-first day fell on the Labor Day holiday.

(7)    As of October 5, 2018, 2018, Mr. Manlapaz has failed to file a response to the Complaint.

I declare under the penalty of perjury that the foregoing is true and accurate.

_Michael E. Barnsback_

Michael E. Barnsback, Esq.
(Virginia Bar No. 33113)

Date: 10-5-2018

2