IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRAVELERS CAS. & SUR. CO.           )
                                    )
        v.                          )       Civil Action No. 1:18cv940
                                    )
JBM FINANCIAL SERVICE, LLC, et al.  )

## ORDER

Upon plaintiff's request the Clerk of Court entered default against defendants JBM Financial Services, LLC and Jose Benjamin Manlapaz. The Clerk of Court entered default in error. Plaintiff's proofs of service (Doc. 8 and 9) are insufficient to demonstrate that defendants JBM Financial Services, LLC and Jose Benjamin Manlapaz were served with process. In both proofs of service, the process server purports to have served an individual at 2003 Mill Road, Alexandria VA on August 13, 2018; however, neither proof of service states who was served at that address.

Because plaintiff's current proofs of service are legally insufficient,

It is hereby **ORDERED** that plaintiff must serve defendants with summonses and copies of the complaint and file sufficient proofs of service with the Court by **5:00 p.m. on October 28, 2018.** If plaintiff fails to comply with this Order, its claims against defendants JBM Financial Services, LLC and Jose Benjamin Manlapaz will be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

The Clerk is directed to provide a copy of this Order to all counsel of record, and is further directed to vacate the Clerk's entry of default entered on October 5, 2018.

Alexandria, Virginia
October 17, 2018

T. S. Ellis, III
United States District Judge