AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:18-cv-00940

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JOSE BENJAMIN MANSLAZAZ , who is

designated by law to accept service of process on behalf of *(name of organization)* JBM FINANCIAL SERVICES LLC.
6201 LEESBURG PIKE, SUITE 218, FALLS CHURCH VA 22044 on *(date)* 102318 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
J. GUZMAN #701
Server's signature

_____
J. GUZMAN #701/ MASTER DEPUTY
Printed name and title

520 KING ST. #308, ALEXANDRIA VA 22314
Server's address

Additional information regarding attempted service, etc:

2018 OCT 22  P 3: 32

ALEXANDRIA SHERIFF'S OFFICE