IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRAVELERS CAS. & SUR. CO.,             )
      Plaintiff,                           )
                                              )
      v.                                   )       Civil Action No. 1:18cv940
                                              )
JBM FIN. SERV., LLC, et al.,            )
      Defendants.                          )

## ORDER

It appears from a review of the record that defendants are in default in this matter.

Accordingly, and for good cause,

It is hereby **ORDERED** that plaintiff immediately seek entry of default from the Clerk pursuant to Rule 55(a), Fed. R. Civ. P.

It is further **ORDERED** that within seven (7) days of the Clerk entering default, plaintiff is **DIRECTED** to file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for the following findings: (i) that this Court has subject matter and personal jurisdiction, including how the defaulting defendants were served and why service was proper; (ii) that the complaint alleges facts establishing all of the necessary elements of one or more claims on which relief can be granted; and (iii) that plaintiff is entitled to the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief.

It is further **ORDERED** that plaintiff file a notice setting a hearing on the motion for default judgment before the magistrate judge to whom this action is referred.[1] Plaintiff must also

---

[1] The hearing must be set on the Magistrate Judge's Friday docket and should take place within twenty-one (21) days of filing the motion for default judgment unless otherwise ordered by the Magistrate Judge.

mail copies of the notice, motion, and memorandum to the defaulting defendant at defendant's last known address, certifying the same to the Court.

It is further **ORDERED** that this matter is **REFERRED** to the assigned magistrate judge pursuant to 28 U.S.C. § 636 for all further default proceedings and for preparation of a prompt report and recommendation.

The Clerk is directed to forward a copy of this Order to counsel of record and to the defendant at the address listed in the case file.

Alexandria, Virginia
November 15, 2018

T. S. Ellis, III
United States District Judge

2