**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY ) <br> COMPANY OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JBM FINANCIAL SERVICES, LLC d/b/a JBM ) <br> FINANCIAL GROUP, JOSE BENJAMIN ) <br> MANLAPAZ, and INFANT CHILD ) <br> & ADOLESCENT CLINIC, INC. ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-00940-TSE-IDD |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
JBM FINANCIAL SERVICES, LLC**

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") respectfully

requests that the Clerk of the Court enter a default against Defendant JBM Financial Services,

LLC d/b/a JBM Financial Group ("JBM") pursuant to Federal Rule of Civil Procedure 55(a) for

the reasons stated in the accompanying Declaration.


TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

_/s/ Michael E. Barnsback_____
Michael E. Barnsback  (VSB No. 33113)
O'Hagan Meyer
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(ph) 703-775-8601
(fax) 804-403-7110
mbarnsback@ohaganmeyer.com

and

Christopher J. Bannon (admitted *pro hac vice*)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, Illinois 60611
(ph) 312-755-3175
(fax) 312-222-6375
cbannon@agdglaw.com

*Attorneys for Plaintiff Travelers Casualty and Surety Company of America*