## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JBM FINANCIAL SERVICES, LLC d/b/a JBM FINANCIAL GROUP, JOSE BENJAMIN MANLAPAZ, and INFANT CHILD & ADOLESCENT CLINIC, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-00940-TSE-IDD |

### DECLARATION IN SUPPORT ENTRY OF DEFAULT
### AGAINST DEFENDANT JBM FINANCIAL SERVICES, LLC

I, Michael E. Barnsback, Esq., hereby state and affirm under penalty of perjury as follows:

(1)    I am an attorney licensed to practice in the Commonwealth of Virginia (Virginia Bar No. 33113) and admitted to practice in this Court.

(2)    I am counsel of record for Plaintiff Travelers Casualty and Surety Company of America ("Travelers") in this matter.

(3)    On July 30, 2018, Travelers filed its Complaint seeking rescission of an insurance policy that Travelers issued to Defendant JBM Financial Services, LLC ("JBM") and a declaratory judgment that Travelers has no duty to defend JBM and Jose Benjamin Manlapaz in connection with a liability claim made against them by Infant Child & Adolescent Clinic, Inc. ("ICACI").  Dkt. No. 1.

(4)    On August 6, 2018, the Clerk of this Court issued a summons for service upon JBM.  Dkt. No. 6.

(5)    On August 13, 2018, a copy of the Complaint and the summons were served by the Sheriff's Department for the City of Alexandria, Virginia, upon the registered agent for JBM, Jose Benjamin Manlapaz, at 2001 Mill Road, Alexandria, Virginia, where Mr. Manlapaz is currently incarcerated.  Dkt. No. 8.

(6)    On October 5, 2018, Plaintiff filed with the Clerk a request for entry of default judgment against JBM.  Dkt. No. 12.

(7)    On October 5, 2018, the Clerk entered default judgment against JBM.  Dkt. No. 14.

(8)    On October 17, 2018, the Court vacated the Clerk's Entry of Default, on the grounds that the Plaintiff's Proofs of service were insufficient.  The Court further Ordered Plaintiff to serve JBM with the summons and copy of the complaint and file sufficient proofs of service with the Court by 5:00 p.m. on October 28, 2018.

(9)    On October 23, 2018, Master Deputy Guzman of the City of Alexandria Sheriff's Office served the registered agent for JBM, at 2001 Mill Road, Alexandria, Virginia, where Mr. Manlapaz is currently incarcerated.  Dkt. No. 17.

(10)    On October 24, 2018, Plaintiff filed the affidavit of service.  Dkt. No. 17.

(11)    As provided by Rule 12, Fed.R.Civ.P. JBM was required to file a response to the Complaint within 21 days of service.  The response in this matter was due by November 13, 2018.

(12)    As of November 16, 2018, JBM has failed to file a response to the Complaint.

I declare under the penalty of perjury that the foregoing is true and accurate.

Michael E. Barnsback, Esq.
(Virginia Bar No. 33113)

Date: 11 - 16 - 2018