## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA )<br> )<br>Plaintiff, )<br> )<br> )<br> )<br>v. )<br> )<br> )<br>JBM FINANCIAL SERVICES, LLC d/b/a JBM )<br>FINANCIAL GROUP, JOSE BENJAMIN )<br>MANLAPAZ, and INFANT CHILD )<br>& ADOLESCENT CLINIC, INC. )<br> )<br>Defendants. ) | Case No. 1:18-cv-00940-TSE-IDD |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSE BENJAMIN MANLAPAZ

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") respectfully

requests that the Clerk of the Court enter a default against Defendant Jose Benjamin Manlapaz

pursuant to Federal Rule of Civil Procedure 55(a) for the reasons stated in the accompanying

Declaration.


TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

/s/ *Michael E. Barnsback*
Michael E. Barnsback  (VSB No. 33113)
O'Hagan Meyer
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(ph) 703-775-8601
(fax) 804-403-7110
mbarnsback@ohaganmeyer.com

and

Christopher J. Bannon (admitted *pro hac vice*)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, Illinois 60611
(ph) 312-755-3175
(fax) 312-222-6375
cbannon@agdglaw.com

*Attorneys for Plaintiff Travelers Casualty and Surety Company of America*

2