**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Travelers Casualty and Surety Company of America | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:18cv940 |
| | ) |
| JBM Financial Services, LLC et al. | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and the declaration of Michael E. Barnsback, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of JBM Financial Services, LLC and Jose Benjamin Manlapaz for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


By: _____/s/_____
Kathy Lau
DEPUTY CLERK


Dated: 11/19/18